FLINT C. ZIDE, STATE BAR #160369
LAW OFFICES OF HARRIS & ZIDE
1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CA 91030
626-799-8444

Attorneys for Defendant
HARRIS & ZIDE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| KEIKI KAY MITSU FUJITA<br><br>Plaintiff,<br><br>v.<br><br>THE BEST SERVICE COMPANY; HUNT &<br>HENRIQUES; HARRIS & ZIDE<br>Defendant(s). | Case No. C19-0580 DMF<br><br>**DEFENDANT LAW OFFICE OF HARRIS & ZIDE'S ANSWER TO COMPLAINT** |

Defendant HARRIS & ZIDE ("Defendant") answers the Complaint of Plaintiff KEIKI

KAY MITSU FUJITA ("Plaintiff") as follows:

1.  Answering Paragraph 1 of the Complaint, Defendant asserts the allegations contain

legal conclusions to which no responsive pleading is required. The Defendant respectfully refers

all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant

denies the allegations contained therein.

2.  Answering Paragraph 2 of the Complaint, Defendant asserts the allegations contain

legal conclusions to which no responsive pleading is required. The Defendant respectfully refers

all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant

denies the allegations contained therein.

3.  Answering Paragraph 3 of the Complaint, Defendant asserts the allegations contain

legal conclusions to which no responsive pleading is required. The Defendant respectfully refers

1  all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
2  denies the allegations contained therein.

3      4.  Answering Paragraph 4 of the Complaint, Defendant denies that it is a furnisher of
4  information under the FCRA and that violations have occurred.

5      5.  Answering Paragraph 5 of the Complaint, Defendant denies that violations have
6  occurred.

7      6.  Paragraph 6 of the Complaint, Defendant denies that it has committed violations.
8  Defendant has insufficient information to either admit or deny the remainder of the allegations
9  contained therein and therefore deny said allegations.

10     7.  Answering Paragraph 7 of the Complaint, Defendant asserts the allegations contain
11 legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
12 all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
13 denies the allegations contained therein and that it has committed violations.

14     8.  Answering Paragraph 8 of the Complaint, Defendant denies each and every allegation
15 contained therein.

16     9.  Answering Paragraph 9 of the Complaint, Defendant asserts the allegations contain
17 legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
18 all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
19 has insufficient information to either admit or deny the allegations contained therein and
20 therefore deny said allegations.

21     10. Answering Paragraph 10 of the Complaint, Defendant has insufficient information to
22 either admit or deny the allegations contained therein and therefore deny said allegations.

23     11. Answering Paragraph 11 of the Complaint, Defendant has insufficient information to
24 either admit or deny the allegations contained therein and therefore deny said allegations.

25     12. Answering Paragraph 12 of the Complaint, Defendant has insufficient information to
26 either admit or deny the allegations contained therein and therefore deny said allegations.

27     13.  Answering Paragraph 13 of the Complaint, Defendants admit the allegations
28 contained therein.

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                          «CLAIMNO»

1    14.  Answering Paragraph 14 of the Complaint, Defendant has insufficient information to
2  either admit or deny the allegations contained therein and therefore deny said allegations.

3    15.  Answering Paragraph 15 of the Complaint, Defendant has insufficient information to
4  either admit or deny the allegations contained therein and therefore deny said allegations.

5    16.  Answering Paragraph 16 of the Complaint, Defendant denies that it is a furnisher of
6  information, who regularly and in the course of business furnishes information to one or more
7  consumer reporting agencies about its transactions or experiences with any consumer and
8  therefore constitutes a "furnisher" or is subject to 15 U.S.C. Section 1681a(b).   Plaintiff admits
9  all other allegations contained therein.

10    17.  Answering Paragraph 17 of the Complaint, Defendant has insufficient information to
11  either admit or deny the allegations contained therein and therefore deny said allegations.

12    18.  Answering Paragraph 18 of the Complaint, Defendant has insufficient information to
13  either admit or deny the allegations contained therein and therefore deny said allegations.

14    19.  Answering Paragraph 19 of the Complaint, Defendant has insufficient information to
15  either admit or deny the allegations contained therein and therefore deny said allegations.

16    20.  Answering Paragraph 20 of the Complaint, Defendant has insufficient information to
17  either admit or deny the allegations contained therein and therefore deny said allegations.

18    21.  Answering Paragraph 21 of the Complaint, Defendant has insufficient information to
19  either admit or deny the allegations contained therein and therefore deny said allegations.

20    22.  Answering Paragraph 22 of the Complaint, Defendant has insufficient information to
21  either admit or deny the allegations contained therein and therefore deny said allegations.

22    23.  Answering Paragraph 23 of the Complaint, Defendant has insufficient information to
23  either admit or deny the allegations contained therein and therefore deny said allegations.

24    24.  Answering Paragraph 24 of the Complaint, Defendant has insufficient information to
25  either admit or deny the allegations contained therein and therefore deny said allegations.

26    25.  Answering Paragraph 25 of the Complaint, Defendant has insufficient information to
27  either admit or deny the allegations contained therein and therefore deny said allegations.

28

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                                                          «CLAIMNO»

26. Answering Paragraph 26 of the Complaint, Defendant has insufficient information to either admit or deny the allegations contained therein and therefore deny said allegations.

27. Answering Paragraph 27 of the Complaint, Defendant has insufficient information to either admit or deny the allegations contained therein and therefore deny said allegations.

28. Answering Paragraph 28 of the Complaint, Defendant admits the allegations contained therein.

29. Answering Paragraph 29 of the Complaint, Defendant asserts that the document attached as Exhibit "H" speaks for itself and admits the letter was received by defendant on December 24, 2018. Defendant denies all other allegations contained therein.

30. Answering Paragraph 30 of the Complaint, Defendant admits the allegations contained therein. However, defendant denies that it made a determination that the dispute was frivolous or irrelevant or was insufficient or that the document attached as Exhibit "H" required a response as set forth in the allegations therein.

31. Answering Paragraph 31 of the Complaint, Defendant admits it sent the letter attached as Exhibit "I." Defendant denies all other allegations contained therein.

32. Answering Paragraph 32 of the Complaint, Defendant denies each and every allegation contained therein.

33. Answering Paragraph 33 of the Complaint, Defendant denies that it furnishes information to consumer reporting agencies. Defendant has insufficient information to either admit or deny the remainder or the allegations contained therein and therefore deny said allegations.

34. Answering Paragraph 34 of the Complaint, Defendant denies that it furnishes information to consumer reporting agencies or is subject to the cited statute. Defendant has insufficient information to either admit or deny the remainder or the allegations contained therein and therefore deny said allegations.

35. Answering Paragraph 35 of the Complaint, Defendant denies that it furnishes information to consumer reporting agencies or is subject to the cited statute. Defendant has

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC

«CLAIMNO»

1 | insufficient information to either admit or deny the remainder or the allegations contained therein
2 | and therefore deny said allegations.

3 |     36.   Answering Paragraph 36 of the Complaint, Defendant denies that it furnishes
4 | information to consumer reporting agencies or is subject to the cited statute.   Defendant has
5 | insufficient information to either admit or deny the remainder or the allegations contained therein
6 | and therefore deny said allegations.

7 |     37.   Answering Paragraph 37 of the Complaint, Defendant denies that it furnishes
8 | information to consumer reporting agencies or is subject to the cited statute.   Defendant has
9 | insufficient information to either admit or deny the remainder or the allegations contained therein
10 | and therefore deny said allegations.

11 |     38.  Answering Paragraph 38 of the Complaint, Defendant has insufficient information to
12 | either admit or deny the allegations contained therein and therefore deny said allegations.

13 |     39.  Answering Paragraph 39 of the Complaint, Defendant has insufficient information to
14 | either admit or deny the allegations contained therein and therefore deny said allegations.

15 |     40.  Answering Paragraph 40 of the Complaint, Defendant has insufficient information to
16 | either admit or deny the allegations contained therein and therefore deny said allegations.

17 |     41.  Answering Paragraph 41 of the Complaint, Defendant has insufficient information to
18 | either admit or deny the allegations contained therein and therefore deny said allegations.

19 |     42.   Answering Paragraph 42 of the Complaint, Defendant denies that it left recorded
20 | messages on Plaintiff's phone.  Defendant has insufficient information to either admit or deny
21 | the allegations contained therein and therefore deny said allegations.

22 |     43.   Answering Paragraph 43 of the Complaint, Defendant denies each and every
23 | allegation contained therein.

24 |     44.  Answering Paragraph 44 of the Complaint, Defendant asserts the allegations contain
25 | legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
26 | all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
27 | denies the allegations contained therein and that it has committed violations.

28 |

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC

«CLAIMNO»

1    45. Answering Paragraph 45 of the Complaint, Defendant asserts the allegations contain
2  legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
3  all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
4  denies the allegations contained therein and that it has committed violations.

5    46. Answering Paragraph 46 of the Complaint, Defendant asserts the allegations contain
6  legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
7  all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
8  denies that it furnishes information to consumer reporting agencies or is subject to the cited
9  statute. Defendant has insufficient information to either admit or deny the remainder or the
10 allegations contained therein and therefore deny said allegations.

11    47.   Answering Paragraph 47 of the Complaint, Defendant denies each and every
12 allegation contained therein.

13    48. Answering Paragraph 48 of the Complaint, Defendant asserts the allegations contain
14 legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
15 all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
16 denies that it furnishes information to consumer reporting agencies or is subject to the cited
17 statute. Defendant has insufficient information to either admit or deny the remainder or the
18 allegations contained therein and therefore deny said allegations.

19    49. Answering Paragraph 49 of the Complaint, Defendant asserts the allegations contain
20 legal conclusions to which no responsive pleading is required. The Defendant respectfully refers
21 all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant
22 denies that it furnishes information to consumer reporting agencies or is subject to the cited
23 statute. Defendant has insufficient information to either admit or deny the remainder or the
24 allegations contained therein and therefore deny said allegations.

25    50.   Answering Paragraph 50 of the Complaint, Defendant denies each and every
26 allegation contained therein.

27    51. Answering Paragraph 51 of the Complaint, Defendant asserts the allegations contain
28 legal conclusions to which no responsive pleading is required. The Defendant respectfully refers

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                                                «CLAIMNO»

all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant denies that it furnishes information to consumer reporting agencies or is subject to the cited statute. Defendant has insufficient information to either admit or deny the remainder or the allegations contained therein and therefore deny said allegations.

52. Answering Paragraph 52 of the Complaint, Defendant denies each and every allegation contained therein.

53. Answering Paragraph 53 of the Complaint, Defendant denies each and every allegation contained therein.

54. Answering Paragraph 54 of the Complaint, Defendant denies each and every allegation contained therein.

55. Answering Paragraph 55 of the Complaint, Defendant denies each and every allegation contained therein.

56. Answering Paragraph 56 of the Complaint, Defendant asserts the allegations contain legal conclusions to which no responsive pleading is required. The Defendant respectfully refers all conclusions of law to the Court. To the extent a responsive pleading is required, Defendant denies each and every allegation contained therein.

57. Answering Paragraph 57 of the Complaint, Defendant denies each and every allegation contained therein.

58. Answering Paragraph 58 of the Complaint, Defendant denies each and every allegation contained therein.

59. Answering Paragraph 59 of the Complaint, Defendant denies each and every allegation contained therein.

60. Answering Paragraph 60 of the Complaint, Defendant denies each and every allegation contained therein.

61. Answering Paragraph 61 of the Complaint, Defendant denies each and every allegation contained therein.

62. Answering Paragraph 62 of the Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                                              «CLAIMNO»

1       63.   Answering Paragraph 63 of the Complaint, Defendant denies each and every

2  allegation contained therein.

3       64.   Answering Paragraph 64 of the Complaint, Defendant denies each and every

4  allegation contained therein.

5       65.   Answering Paragraph 65 of the Complaint, Defendant denies each and every

6  allegation contained therein.

7       66. Answering Paragraph 66 of the Complaint, Defendant has insufficient information to

8  either admit or deny the allegations contained therein and therefore deny said allegations.

9       67. Answering Paragraph 67 of the Complaint, Defendant has insufficient information to

10  either admit or deny the allegations contained therein and therefore deny said allegations.

11       68. Answering Paragraph 68 of the Complaint, Defendant has insufficient information to

12  either admit or deny the allegations contained therein and therefore deny said allegations.

13       69. Answering Paragraph 69 of the Complaint, Defendant has insufficient information to

14  either admit or deny the allegations contained therein and therefore deny said allegations.

15       70. Answering Paragraph 70 of the Complaint, Defendant has insufficient information to

16  either admit or deny the allegations contained therein and therefore deny said allegations.

17       71. Answering Paragraph 71 of the Complaint, Defendant has insufficient information to

18  either admit or deny the allegations contained therein and therefore deny said allegations.

19

20  **REQUEST FOR RELIEF**

21       a.  Answering paragraph a of the request, Defendant denies that Plaintiff is entitled to the

22  relief requested.

23       b. Answering paragraph b of the request, Defendant denies that Plaintiff is entitled to the

24  relief requested.

25       c. Answering paragraph c of the request, Defendant denies that Plaintiff is entitled to the

26  relief requested.

27       d. Answering paragraph d of the request, Defendant denies that Plaintiff is entitled to the

28  relief requested.

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                  «CLAIMNO»

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to state a Cause of Action)**

1.  Plaintiff's complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a valid cause of action against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(No Actual Damages)**

2. Defendants allege that Plaintiff has suffered no actual damages.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

3.  Defendant is informed and believes and based thereon allege that Plaintiff's Complaint, and each cause of action contained therein, or portions thereof, is barred by the applicable statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Compliance with Statute)**

4.  The conduct of Defendant at all times complied with all applicable statutes, regulations, and laws; accordingly, the Complaint and each purported cause of action alleged therein against Defendants is barred.

**FIFTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

5. The Complaint, and each cause of action alleged therein, are bared by the conduct, actions, and inactions of Plaintiff, which amount to and constitute an estoppel of the claims and any relief sought by the Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

**(Reasonableness and Good Faith)**

6.  Defendant and its agents, if any, acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by them at the time they so acted.  Defendant alleges that they acted lawfully and within their legal rights with a good faith

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC

«CLAIMNO»

1  belief in the exercise of those rights, and in the furtherance of legitimate business purpose.

2  Further, Defendant acted in good faith in its honest belief that the acts, conduct and

3  communications, if any, of Defendant was justified under the circumstances based on

4  information reasonably available to this answering Defendant. Accordingly, Plaintiff is barred

5  from any recovery in this action.

6  **SEVENTH AFFIRMATIVE DEFENSE**

7  **(Bad Faith Claims)**

8      7.  The allegations asserted in the Complaint have always been and continue to be

9  frivolous, groundless, and without merit. Plaintiff has brought this action against Defendant in

10  bad faith.

11  **EIGTH AFFIRMATIVE DEFENSE**

12  **(Defendant May Recover for Plaintiff's Bad Faith Claim)**

13      8.  Plaintiff's Complaint, and each cause of action contained therein, were not brought in

14  good faith and are frivolous. Therefore, the relief requested is precluded and Defendant is

15  entitled to recover their reasonable expense, including attorney's fees, incurred herein as a matter

16  of law pursuant to this Court's inherent authority, including but not limited to <u>California Code of</u>

17  <u>Civil Procedure</u> section 128.5 and 128.7.

18  **NINTH AFFIRMATIVE DEFENSE**

19  **(Mitigation of Damages)**

20      9.  Plaintiff is not entitled to recover any damages, or any recovery awarded should be

21  reduced by the amount of damages which reasonably could have been avoided, because Plaintiff

22  failed to take reasonable steps to mitigate its damages with respect to the matters alleged in the

23  Complaint.

24  **TENTH AFFIRMATIVE DEFENSE**

25  **(Unclean Hands)**

26      10.  Plaintiff is barred from maintaining the Complaint and each purported cause of

27  action alleged therein against Defendant as a result of unclean hands with respect to the events

28  upon which the Complaint and purported causes of action allegedly are based.

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                                    «CLAIMNO»

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Waiver)**

11. The Complaint, and each cause of action contained therein, are barred by Plaintiff's own conduct, actions, omissions and inaction which amount to and constitute waiver of such claims and any relief sought thereby.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Laches)**

12. Plaintiff is barred by the doctrine of laches from pursing its Complaint, and each cause of action contained therein, by reason of their inexcusable and unreasonable delay in filing its Complaint.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Actions Were Privileged and Justified)**

13. The Complaint, and each cause of action contained therein, are barred because Defendants' actions were privileged and justified, by statute and common law, including but not limited to California Civil Code section 47.

///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////
///////////////////////////////

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC

«CLAIMNO»

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights)**

14. Defendants reserve the firth to amend their answer and claims herein by adding additional parties, affirmative defense, counterclaims, cross-claims, and/or third party claims, as additional investigation, discovery, or circumstances warrant.

**PRAYER FOR RELIEF**

Wherefore, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by reason of its Complaint.

2. For judgment in favor of Defendant and against Plaintiff.

3. For costs of suit and reasonable attorney's fees incurred, and

4. For such other and further field as the Court may deem just and proper.


Dated: February 25, 2019              LAW OFFICES OF HARRIS & ZIDE

                                      By: /s/ Flint C. Zide

                                             Attorney for Defendants

Answer to Complaint on Behalf of Defendant Harris & Zide

FIA AFF.DOC                                                    «CLAIMNO»

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles and am over the age of 18 and not a party to the within action; my business address is 1445 Huntington Drive, South Pasadena, CA   91030.

On February 25, 2019, I served the foregoing document described as:

**DEFENDANT LAW OFFICE OF HARRIS & ZIDE'S ANSWER TO COMPLAINT**


KEIKI KAY MITSU FUJITA
277 Arlington Ave.
Kensington, CA  94707


by placing true copies thereof enclosed in sealed envelopes addressed as stated above.

I deposited such envelope in the mail at South Pasadena, California.   The envelope was mailed with postage thereon fully prepaid.

Executed on February 25, 2019, at South Pasadena, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

JAMES KIRKPATRICK