Kurtiss A. Jacobs, LL.M. # 218950
Donald Sherrill # 266038
151 Bernal Road Suite 8
San Jose CA 95119-1306
Telephone: (408) 362-2270
Facsimile: (408) 362-2299

Attorneys for Defendant Hunt & Henriques
File No. 1295691

# United States District Court

## Northern District of California

Keiki Kay Mitsu Fujita,

    Plaintiff,

    vs.

The Best Service Company,
Harris & Zide, and
Hunt & Henriques,

    Defendants.

Case 19-cv-00580-DMR

**Hunt & Henriques's Answer to Complaint**

Hunt & Henriques (H&H) answers the complaint as follows; the headings are plaintiff's.

## DENIALS AND ADMISSIONS

### I.  Preliminary statement

1.  The Fair Credit Reporting Act speaks for itself. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 1.

2.  Section 623(b)(1)(A) and 15 USC § 1681s-2(b) speak for themselves. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 2.

1

3. Section 1681s-2(b) speaks for itself. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 3.

4. Deny that H&H violated the Fair Credit Reporting Act, and therefore deny that this action arises out of any such violation. Admit that plaintiff alleges violations of 15 USC § 1681, and that this action arises out of those allegations.

5. Deny that H&H violated the Fair Debt Collection Practices Act, and therefore deny that this action arises out of any such violation. Admit that plaintiff alleges violations of 15 USC § 1692 *et seq.*, and that this action arises out of those allegations.

6. Paragraph 6 alleges no wrongdoing by H&H, and H&H has no standing to either admit or deny the allegations in paragraph 6.

7. Deny that there exists a private right of action for consumers to bring against violators of any provision of the FCRA. 15 USC §§ 1691(n) and 1691(o) speak for themselves. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 7.

8. Admit that plaintiff contends that the defendants have violated such laws. Deny that H&H repeatedly, or in even one instance, harassed plaintiff. Deny that the debt that H&H seeks to collect on behalf of its client is a "non-existent debt." H&H notes that by suing H&H, Keiki Kay Mitsu Fujita (Fujita) has reversed the burden of proof: to prevail, she must prove that the debt that H&H seeks to collect does not exist.

## II. Jurisdiction and venue

9. Admit that this court has subject matter jurisdiction under 28 USC § 1331, and that 47 USC § 227(b)(3), 15 USC § 1681 *et seq.*, and 15 USC § 1692 *et seq.* are "laws of the United States" under which 28 USC § 1331 applies.

2

10. Admit that venue is proper, but deny that all of the conduct complained of occurred at all.

11. Admit that plaintiff seeks damages exceeding $ 10,000.00.

12. H&H objects to the allegations of paragraph 12 as vague and ambiguous and as not containing sufficient facts to meet the *Iqbal/Twombly* standard.

### III. Parties

13. Admit.

14. H&H has insufficient information (and no standing) to admit or deny this allegation.

15. H&H denies that it is a debt collector as defined by 15 USC § 1681a(b); in fact, H&H denies that § 1681a(b) defines the term "debt collector." H&H has insufficient information to either admit or deny whether the debt (using the everyday meaning of the word) that H&H sought to collect from Fujita is a "debt" as defined by 15 USC § 1692a(5), which section applies only to financial obligations incurred *primarily* for personal, family, or household use; and on that basis, H&H denies this allegation. Deny that H&H is a furnisher of information to one or more consumer reporting agencies, and affirmatively asserts that H&H has never once, in its entire existence, reported a single debt to any credit reporting agency. Fujita should immediately amend her complaint to delete this allegation; if she does not, then by forcing a finding of fact on this issue she will be multiplying the proceedings in violation of 28 USC § 1927.

16. H&H has insufficient information (and no standing) to admit or deny this allegation.

17. H&H objects to the allegations of paragraph 17 as vague and ambiguous and as not containing sufficient facts to meet the *Iqbal/Twombly* standard.

### IV. Factual allegations

18. H&H has insufficient information (and no standing) to admit or deny this

3

allegation.

19. H&H has insufficient information (and no standing) to admit or deny this allegation.

20. H&H has insufficient information (and no standing) to admit or deny this allegation.

21. H&H has insufficient information (and no standing) to admit or deny this allegation.

22. Admit.

23. Fujita's allegations in ¶ 23 are false and her exhibit D has been altered. H&H admits receiving a letter identical in substance to Fujita's exhibit D, but the exhibit has been re-dated; has been reprinted with different margins on the first page; references a different certified mail number; and has been signed anew. Moreover, the letter was mailed September 24 instead of October 24 as alleged. H&H notes that based on the date of the letter actually mailed and received, the letter was mailed timely for purpose of 15 United States Code § 1692g; whereas based on the October 24 date, the letter would preclude Fujita's entire FDCPA claim as a matter of law. Admit that Fujita's *September* 24, 2018, letter was sent in response to H&H's September 7, 2018 letter. Deny that the September 24 letter constitutes a "Notice of Dispute" under 15 USC § 1692g or any applicable statute. Deny that a "Notice of Dispute" under 15 USC § 1692g or any applicable statute can include as part of a demand for validation any specific items or information, such as but not limited to "that the claim of debt was valid, free from any claims and defects, whether there was a breach of agreement, whether there was a failure of consideration or material alterations, whether the alleged account was transferred, and that the original lender provided value" or "a request for a complete statement of damages and losses incurred by HUNT or its client." Admit that Fujita's September 24 letter did demand these items and

4

information. A true copy of the letter that Fujita *really* mailed to H&H is attached as **exhibit 1**.

24. To the extent that "the dispute" identified at 6:17 refers to the purported "Notice of Dispute" in paragraph 23, H&H denies that "the dispute" constitutes a "Notice of Dispute" for reasons stated in paragraph 23 of H&H's answer. To the extent that "disputed information" is intended to refer to a billing error dispute, H&H denies that "the dispute" constituted a billing error dispute as defined by 15 USC § 1666 or any applicable statute. H&H further denies that it furnishes information to any credit reporting agency ever, and on that basis H&H can never be required to "investigate the disputed information." Admit that H&H did not "notify" Fujita that her communication was "frivolous or irrelevant." Deny that her communication could not be considered frivolous or irrelevant.

25. Admit that H&H mailed Fujita a notice of intent to incur court costs (Fujita exhibit E) on October 18, 2018.

26. Fujita's allegations in ¶ 26 are false and her exhibit F has been altered. H&H admits receiving a letter identical in substance to Fujita's exhibit F, but the exhibit has been re-dated; omits the certified mail number; and has been signed anew. Moreover, the letter was mailed October 25 instead of December 21 as alleged. Deny that either federal or state law permits a second request for validation (*see* 15 USC § 1692g; Civil Code § 1788.17), and on that basis deny that the letter titled "notice of dispute" constituted a request for validation, a billing error dispute, or any other inquiry authorized by federal or state law. Admit that Fujita's October 25, 2018, letter was sent in response to H&H's October 18, 2018 letter. Deny that a "Notice of Dispute" under 15 USC § 1692g or any applicable statute can include as part of a demand for validation any specific items or information, such as but not limited to "that the claim of debt was valid, free from any claims and defects,

whether there was a breach of agreement, whether there was a failure of consideration or material alterations, whether the alleged account was transferred, and that the original lender provided value" or "a request for a complete statement of damages and losses incurred by HUNT or its client." Admit that Fujita's October 25 letter did demand these items and information. Admit that Fujita's October 25 letter did demand that H&H not call Fujita. A true copy of the letter that Fujita *really* mailed to H&H is attached as **exhibit 2**.

27. Deny that there is any time limit to respond to any request for validation. Deny that validation requires any documentation, much less "authentic evidence regarding the validity of the debt." Deny that H&H did not respond to the September 24 letter in compliance with 15 USC § 1692. A true copy of H&H's response to Fujita's September 24 letter is attached as **exhibit 3**.

28. H&H has insufficient information (and no standing) to admit or deny this allegation.

29. H&H has insufficient information (and no standing) to admit or deny this allegation.

30. H&H has insufficient information (and no standing) to admit or deny this allegation.

31. H&H has insufficient information (and no standing) to admit or deny this allegation.

32. H&H has insufficient information (and no standing) to admit or deny this allegation.

33. Deny that H&H regularly and in the course of business furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer, and in fact affirmatively states that H&H has never once in its 38-year history reported any account to any credit reporting agency. H&H has insufficient information (and no standing) to admit or deny

6

this allegation with respect to TBSC or HARRIS.

34. Deny the unalleged implication that H&H received any information from any consumer reporting agency so as to be able to review such information. H&H has insufficient information (and no standing) to admit or deny this allegation with respect to TBSC or HARRIS.

35. Deny the unalleged implications that H&H received any information from any consumer reporting agency so as to be able to review such information and that any such obligation thereby arose. H&H has insufficient information (and no standing) to admit or deny this allegation with respect to TBSC or HARRIS.

36. Deny the unalleged implication that H&H received any information from any consumer reporting agency so as to be able to review such information and that any such obligation thereby arose. H&H has insufficient information (and no standing) to admit or deny this allegation with respect to TBSC or HARRIS.

37. Deny the unalleged implication that H&H received any information from any consumer reporting agency so as to be able to review such information and that any such obligation thereby arose. As no such investigation was required and therefore no such investigation was conducted, there were no "results of the investigation" to report. H&H has insufficient information (and no standing) to admit or deny this allegation with respect to TBSC or HARRIS.

38. H&H has insufficient information (and no standing) to admit or deny this allegation.

39. H&H has insufficient information (and no standing) to admit or deny this allegation.

40. H&H has insufficient information (and no standing) to admit or deny this allegation.

41. H&H has insufficient information (and no standing) to admit or deny this

7

allegation.

42. To the extent that "Defendants" is meant to include H&H, the preceding paragraphs do not support the allegation and to the extent that such an allegation is nevertheless made, H&H denies.

### V. Causes of action

### Cause I – violation of the FCRA, 15 USC § 1681s-2(b)

43. All above paragraphs are incorporated herein.

44. The Fair Credit Reporting Act speaks for itself. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 43. H&H reiterates that it is not a "furnisher of information" and on that basis denies that it is subject to the FCRA.

45. The Fair Credit Reporting Act speaks for itself. H&H reiterates that it is not a "furnisher of information" and on that basis denies that it is subject to the FCRA.

46. The Fair Credit Reporting Act speaks for itself. H&H reiterates that it is not a "furnisher of information" and on that basis denies that it is subject to the FCRA.

47. H&H objects to the phrase "securitization process" as vague and ambiguous. H&H objects to the allegations in paragraph 47 as including insufficient ultimate facts to satisfy the *Iqbal/Twombly* standard. H&H objects to the allegations in paragraph 47 as irrelevant to an FCRA claim. H&H denies that any "securitization process" that may have been used by any of its clients— none of which are even alluded to in Fujita's factual allegations—precludes an action to recover a debt. On this basis, H&H denies that its clients are not holders in due course or have relinquished any account receivables.

48. The Fair Credit Reporting Act speaks for itself. H&H reiterates that it is not a "furnisher of information" and on that basis denies that it is subject to the

8

FCRA. H&H admits that 15 USC § 1681s-2a(8)(E) contains no private right of action.

49. 15 USC 1681a(r)(4) speaks for itself and need not be admitted or denied.

50. H&H objects to the first sentence in paragraph 50 as a legal conclusion and not an ultimate fact, and as such it has no effect on the pleadings. H&H denies the allegation that Fujita never had the account that H&H was attempting to collect.

51. The Fair Credit Reporting Act speaks for itself. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 51. H&H reiterates that it is not a "furnisher of information" and on that basis denies that it is subject to the FCRA.

52. Deny that H&H had any responsibility to investigate. Deny that "the CRA's" made any investigation request to H&H.

53. Deny.

**Cause II – violation of the FDCPA, 15 USC § 1692e(8)**

54. All above paragraphs are incorporated herein.

55. Deny that H&H used false, deceptive, or misleading representations or means. Deny that H&H had any obligation to communicate to any CRA that any debt was disputed. Reiterate that H&H is not a "furnisher of information" under any applicable law.

56. 15 USC § 1692g(b) speaks for itself. Because even a published case interprets a statute only in relation to facts at issue in the case itself, H&H denies the remaining allegations and implications of paragraph 56. Although Fujita has not alleged this, H&H nevertheless denies that H&H failed to cease collection of the debt until it had mailed verification to Fujita. H&H objects to the text at 14:11-18 as vague and unintelligible. To the extent that Fujita attempts to allege that credit card debt need not be repaid because the

creditor fabricates money out of the debtor's signature, the theory is invalid. In any event, this part of the paragraph appears to assert only violations of the FCRA, and H&H reiterates that it is not a "furnisher of information" under any applicable law and that the FCRA does not apply to H&H.

57. Deny.

## Cause III – violation of the FDCPA, 15 USC § 1692d(5)

58. All above paragraphs are incorporated herein.

59. Deny.

60. Deny.

61. Deny.

## Cause IV – violation of the FDCPA, 15 USC § 1692f

62. All above paragraphs are incorporated herein.

63. Deny that H&H engaged in unfair practices. Deny that H&H engaged in a wrongful campaign. Admit that H&H attempted to collect a debt from Fujita, without admitting that the debt constitutes a "debt" as defined by 15 USC § 1692a. Deny that H&H knew or actively avoided knowing that the debt was not due from Fujita, and affirmatively state that H&H to this day believes in good faith that Fujita actually owes the amount stated by Department Stores National Bank. Deny that H&H "ignored Plaintiff's disputes as to the collection account"; as seen by H&H exhibits 1 and 3, H&H's response to Fujita's September 24 letter complied with the letter and spirit of 15 USC § 1692g and did not fail to comply with any federal or state statute. Deny that H&H reported any information to any CRA.

64. Deny.

## Cause V – violation of the TCPA, 47 USC § 227

65. All above paragraphs are incorporated herein.

66. The fifth cause of action is not asserted against H&H.

67. The fifth cause of action is not asserted against H&H.

68. The fifth cause of action is not asserted against H&H.

69. The fifth cause of action is not asserted against H&H.

70. The fifth cause of action is not asserted against H&H.

## VI. Relief sought

71. Deny that this court is authorized to immediately order all Defendants to permanently remove all reference to any debt from Fujita's consumer credit file, as (a) due process requires an opportunity for all Defendants to be heard; and (b) as H&H has not reported any information to any consumer reporting agency, H&H cannot (and therefore cannot be ordered to) remove any information from any consumer report.

## VII. Prayer for damages

H&H denies Fujita's prayer for damages in its entirety. H&H objects to all ultimate facts alleged in Fujita's prayer, as a prayer is not a part of a complaint's factual allegations. H&H objects to all statements of law and legal conclusions in Fujita's prayer, as statements of law and legal conclusions have no effect on a complaint.

## AFFIRMATIVE DEFENSES

1. Some or all of the facts alleged in the complaint are immune from tort liability by the First Amendment to the United States Constitution.

2. If any violation of statute is found to have occurred, the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

**Prayer for relief**

H&H respectfully requests that Fujita take nothing and that judgment be entered in Hunt & Henriques's favor.

/s/ KAJ

Dated: February 25, 2019

Kurtiss A. Jacobs, LL.M. / Donald Sherrill, Esq.
Attorneys for Hunt & Henriques

11

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

# Exhibit 1

1295691/096
Comp , MWE

**Keiki Fujita**
**227** Arlington Avenue
Kensington, CA 94707-1401

**To:** Hunt & Henriques
Attorneys at Law
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

September 24, 2018

**Certified Mail Number** 7018 1130 0000 8083 2824

**RE:** Hunt & Henriques
Re: Macy's  American Express account ending in 3969 (closed)

# NOTICE OF DISPUTE

Dear Hunt & Henriques,

Thank you for your letter dated September 7, 2018. However, "Fraud vitiates the most solemn Contracts, documents and even judgments" [U.S. vs. Throckmorton, 98 US 61, at pg. 65]. Therefore your institution's fraud nullifies anything I may have signed.

Further, you did not answer any of the points in my letter, nor did you sign the affidavit. For these reasons, I am including them once again.

This Notice is to confirm that your claim is disputed under **15 USC § 1692** *et seq*. Please verify under oath that this claim is valid, free from any claims and defenses including but not limited to:  any breach of agreement, failure of consideration or material alterations, and that the original lender provided value.  Further, that the alleged account was transferred in good faith and by the consent of all parties involved.

**After reasonable inquiry I have concluded that Macy's is in breach of the alleged agreement.  The following facts support my position in this matter:**

1.     Macy's failed to disclose to the alleged consumer Keiki Fujita (hereinafter "consumer") that Macy's  used consumer's note, capital, funds, money or money equivalent to fund a note, check or similar instrument that was used to fund the charges on the alleged account, whereby Macy's did not perform under the agreement and risked nothing of value.

Page 1 of 5

2.   Macy's has not used any of their own capital, funds, money or money equivalents to pay for any charges on the alleged account.

3.   Macy's received "something-for-nothing" by using the consumer's note(s) to fund charges to the Macy's account while retaining payments from consumer.

4.   When accounts are 90 days or more overdue, Macy's receives a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

I want to receive absolute assurance from Macy's that they did not breach the agreement.  In order to settle this matter, please sign or have an authorized officer sign the enclosed affidavit, confirming that you have read the agreement, that you understand GAAP, the bookkeeping entries, accounts receivables and deposits, the banking laws, and the Federal Reserve bank's policies and procedures.

**In addition please furnish me with the following information:**

1.   A complete statement of Damages, including each and every loss that Macy's incurred under the alleged agreement.

2.   A copy of any insurance claim having been made by Macy's regarding this account.

3.   A front and back, true and correct copy of the alleged signed agreement bearing my signature (full & complete disclosure), and a detailed copy of the alleged account.

4.   The name, address and telephone number of Macy's CPA auditor.

5.   Verification if this debt has been assigned or sold to a debt collector.

6.   If this debt has been assigned to a debt collector, please provide the commission amount if collection efforts are successful.

7.   If this debt has been sold to a debt collector, please provide the price for which it was sold.

If you cannot verify this debt by the above listed means, then what right do you have, under the Fair Debt Collection Practices Act 15 USC § 1692, to even send me a letter?  Are you committing mail fraud?

It would be constructive for you to note that the **FCRA (Fair Credit Reporting Act) section 609(c)(2)(E)** states: "a consumer reporting agency is not required to remove accurate derogatory information from a consumer's file, unless the information is outdated under section 605 or cannot be verified."

The "cannot be verified" is the key phrase, as you can see.  Since I challenged you and your staff to verify, and you cannot, that means all financial institutions and credit reporting agencies concerned with my account are required to remove any derogatory information.  It cannot be deemed "accurate" if it cannot be "verified".  If it cannot be verified, then it is required to be removed, according to the FCRA.

**You are required by federal law to furnish the credit bureaus with the required disclosure by placing a "notice of dispute" on my account within (30) days after receiving this dispute letter.** I am maintaining a careful record of dates as well as time-stamped copies of my credit reports, which will show that you have violated the **Fair Credit Reporting Act, Section 623(a)(3) [15 USC § 1681s-2]** if you do not place the disclosure within the required (30) day period.

Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with legal counsel for suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. If your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, TransUnion), this action might constitute fraud under both federal and state laws and directly violate the **Fair Credit Reporting Act**. Due to this fact, if any negative mark is found or continues to report on any of my credit reports by your company or any company that you represent, I will not hesitate in bringing legal action against you for the following: Violation of the **Fair Credit Reporting Act** and **Defamation of Character**.

I am sure your legal staff will agree that non-compliance with this request could violate **Fair Credit Reporting Act, Section 623(a)(3) - Responsibilities of furnishers of information to consumer reporting agencies [15 USC § 1681s-2]**, putting your company in serious legal trouble with the FTC and other state or federal agencies.

All communications and omissions will be made part of and incorporated into any litigation arising from this matter.  Failure to verify and validate the debt within thirty (30) days by signing the enclosed affidavit confirms that no further action will be taken and an absolute waiver of any right to collect the alleged debt. Furthermore all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

You must contact me in writing and request an extension in the event that you need more than thirty (30) days to verify and validate the debt.  Failure to do so confirms that the time limit is reasonable.

**This notice also constitutes a Notice to Cease Telephonic Communications.** Non-compliance with this request will violate the **Telephone Consumer Protection Act 47 USC § 227.**

**NOTICE**

THIS IS NOT A REQUEST FOR CONFIRMATION THAT YOU HAVE A COPY OF AN AGREEMENT OR COPIES OF STATEMENTS.   THIS IS A DEMAND FOR PROOF THAT YOU HAVE THE REQUISITE KNOWLEDGE OF THE FACTS, AND THAT THE ALLEGED CREDITOR PROVIDED ADEQUATE CONSIDERATION AND INCURRED A FINANCIAL LOSS UNDER THE FULL & COMPLETE ORIGINAL AGREEMENT.

**Notice to the Principal is Notice to the Agent, and Notice to the Agent is Notice to the Principal.**

Thank you very much and best regard.

Sincerely,

**Signed without prejudice by**                    Keiki Fujita

**P.S.** Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

Cc:

1. **Equifax**
   **Attention: Paulino do Rego Barros Jr. / Chairman and CEO**
   P.O. Box 740241, Atlanta GA 30374

2. **Equifax Information Services LLC**
   P.O. Box 740256, Atlanta GA 30374

3. **Experian Corporate Headquarters**
   **Attention: Don Robert / Chairman**
   475 Anton Blvd., Costa Mesa CA 92626

4. **Experian Corporate Headquarters**
   **Attention: Don Robert / Chairman**
   955 American Lane, Schaumburg IL 60173

5. **Experian Disputes Office**
   P.O. Box 4500, Allen TX  75013

6. **TransUnion**
   **Attention: James M. Peck / CEO & President**
   555 W. Adams Street, Chicago IL 60661

7. **TransUnion Consumer Solutions**
   P.O. Box 2000, Chester PA 19022-2000

8. **Consumer Financial Protection Bureau**
   **Attention: Enforcement Division**
   1700 G Street NW, Washington DC 20552

## AFFIDAVIT: VERIFICATION OF DEBT

The undersigned affiant, being duly sworn, deposes and states:

1.        That I have the requisite knowledge of the facts regarding Macy's Account Number ending in 3969  including Macy's, account ledgers and bookkeeping entries;

2.        That Macy's does not follow Generally Accepted Accounting Principles (GAAP) or the Federal Reserve Bank's policies and procedures, and did not create credits from Keiki Fujita's signed receipts, promises to pay, notes, or other instruments;

3.        That Macy's used its own money, money equivalent, credit or capital, or that of other depositors, as adequate consideration to purchase the loan agreement and notes from the Keiki Fujita;

4.        That Macy's did not accept, receive or deposit any money, money equivalent, note, credit or capital from Keiki Fujita to fund a note, check or similar instrument that was used to finance/fund the charges on the alleged account;

5.        That Keiki Fujita incurred financial losses and has been damaged in the amount of $ 17,801.53, and is attempting to collect a bona fide debt arising from services provided and/or goods sold to the Keiki Fujita;

6. When accounts are 90 days or more overdue, Macy's does not receive a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

7. That all material facts and terms and conditions regarding the alleged account, have been disclosed to the Keiki Fujita in the Macy's Credit Card agreement and promissory note;

8. That Macy's is the holder in due course of all notes and that the notes were taken for value, in good faith, and without any notice of claims or defenses, and that any transfer of the account was made with the full knowledge and consent of all the parties; and

9. That I have personal knowledge that the Macy's Credit Card agreement and promissory notes were not altered or forged in any way.

ATTESTATION

The facts stated above are true, correct and complete.

Signed by:                                          Subscribed and Sworn before me this_____
                                                            Day of_____, 2_____ .

_____        The State of_____

                                                            County of_____

_____
Print Name  & Title
                                      _____
                                          Signature & Seal of Notary



U.S. POSTAGE PAID
FCMETER
BERKELEY, CA
94707
SEP 24, '18
AMOUNT
**$4.16**
R2305H130850-26

OAKLAND
CA345
24 SEP '18

1000          95119

RECEIVED
SEP 2 6 2018 @ 11.45
CU 14

TO: Hunt Attorneys
Attorneys at Law
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

7018 1130 0000 8083 2824

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7018 1130 0000 8083 2824

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

# Exhibit 2

*1295691/200*
*Comp, mwe*

Keiki Fujita
227 Arlington Avenue
Kensington, CA 94707-1401

**To:** Hunt & Henriques
Attorneys at Law
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

October 25, 2018

**Certified Mail Number** ___7018 1130 0000 8083 2732___

**RE:** Hunt & Henriques
Re: Macy's American Express account ending in 3969 (closed)

# NOTICE OF DISPUTE

**Dear Hunt & Henriques,**

Thank you for your letter dated October 18, 2018. However, "**Fraud vitiates the most solemn Contracts, documents and even judgments**" [U.S. vs. Throckmorton, 98 US 61, at pg. 65]. Therefore your institution's fraud nullifies anything I may have signed.

Further, you did not answer any of the points in my letter, nor did you sign the affidavit. For these reasons, I am including them once again.

This Notice is to confirm that your claim is disputed under **15 USC § 1692** *et seq*. Please verify under oath that this claim is valid, free from any claims and defenses including but not limited to: any breach of agreement, failure of consideration or material alterations, and that the original lender provided value. Further, that the alleged account was transferred in good faith and by the consent of all parties involved.

**After reasonable inquiry I have concluded that Macy's is in breach of the alleged agreement. The following facts support my position in this matter:**

1.  Macy's failed to disclose to the alleged consumer Keiki Fujita (hereinafter "consumer") that Macy's used consumer's note, capital, funds, money or money equivalent to fund a note, check or similar instrument that was used to fund the charges on the alleged account, whereby Macy's did not perform under the agreement and risked nothing of value.

2.   Macy's has not used any of their own capital, funds, money or money equivalents to pay for any charges on the alleged account.

3.   Macy's received "something-for-nothing" by using the consumer's note(s) to fund charges to the Macy's account while retaining payments from consumer.

4.   When accounts are 90 days or more overdue, Macy's receives a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

I want to receive absolute assurance from Macy's that they did not breach the agreement.  In order to settle this matter, please sign or have an authorized officer sign the enclosed affidavit, confirming that you have read the agreement, that you understand GAAP, the bookkeeping entries, accounts receivables and deposits, the banking laws, and the Federal Reserve bank's policies and procedures.

**In addition please furnish me with the following information:**

1.   A complete statement of Damages, including each and every loss that Macy's incurred under the alleged agreement.

2.   A copy of any insurance claim having been made by Macy's regarding this account.

3.   A front and back, true and correct copy of the alleged signed agreement bearing my signature (full & complete disclosure), and a detailed copy of the alleged account.

4.   The name, address and telephone number of Macy's CPA auditor.

5.   Verification if this debt has been assigned or sold to a debt collector.

6.   If this debt has been assigned to a debt collector, please provide the commission amount if collection efforts are successful.

7.   If this debt has been sold to a debt collector, please provide the price for which it was sold.

If you cannot verify this debt by the above listed means, then what right do you have, under the Fair Debt Collection Practices Act 15 USC § 1692, to even send me a letter?  Are you committing mail fraud?

It would be constructive for you to note that the **FCRA (Fair Credit Reporting Act) section 609(c)(2)(E) states: "a consumer reporting agency is not required to remove accurate derogatory information from a consumer's file, unless the information is outdated under section 605 or cannot be verified."**

The "cannot be verified" is the key phrase, as you can see. Since I challenged you and your staff to verify, and you cannot, that means all financial institutions and credit reporting agencies concerned with my account are required to remove any derogatory information. It cannot be deemed "accurate" if it cannot be "verified". If it cannot be verified, then it is required to be removed, according to the FCRA.

**You are required by federal law to furnish the credit bureaus with the required disclosure by placing a "notice of dispute" on my account within (30) days after receiving this dispute letter.** I am maintaining a careful record of dates as well as time-stamped copies of my credit reports, which will show that you have violated the **Fair Credit Reporting Act, Section 623(a)(3) [15 USC § 1681s-2]** if you do not place the disclosure within the required (30) day period.

Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with legal counsel for suit. This includes any listing of any information to a credit-reporting repository that could be inaccurate or invalidated. If your offices have or continue to report invalidated information to any of the three major credit bureaus (Equifax, Experian, TransUnion), this action might constitute fraud under both federal and state laws and directly violate the **Fair Credit Reporting Act**. Due to this fact, if any negative mark is found or continues to report on any of my credit reports by your company or any company that you represent, I will not hesitate in bringing legal action against you for the following: Violation of the **Fair Credit Reporting Act** and **Defamation of Character.**

I am sure your legal staff will agree that non-compliance with this request could violate **Fair Credit Reporting Act, Section 623(a)(3) - Responsibilities of furnishers of information to consumer reporting agencies [15 USC § 1681s-2]**, putting your company in serious legal trouble with the FTC and other state or federal agencies.

All communications and omissions will be made part of and incorporated into any litigation arising from this matter. Failure to verify and validate the debt within thirty (30) days by signing the enclosed affidavit confirms that no further action will be taken and an absolute waiver of any right to collect the alleged debt. Furthermore all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

You must contact me in writing and request an extension in the event that you need more than thirty (30) days to verify and validate the debt. Failure to do so confirms that the time limit is reasonable.

**This notice also constitutes a Notice to Cease Telephonic Communications.** Non-compliance with this request will violate the **Telephone Consumer Protection Act 47 USC § 227.**

## NOTICE

THIS IS NOT A REQUEST FOR CONFIRMATION THAT YOU HAVE A COPY OF AN AGREEMENT OR COPIES OF STATEMENTS.  THIS IS A DEMAND FOR PROOF THAT YOU HAVE THE REQUISITE KNOWLEDGE OF THE FACTS, AND THAT THE ALLEGED CREDITOR PROVIDED ADEQUATE CONSIDERATION AND INCURRED A FINANCIAL LOSS UNDER THE FULL & COMPLETE ORIGINAL AGREEMENT.

**Notice to the Principal is Notice to the Agent, and Notice to the Agent is Notice to the Principal.**

Thank you very much and best regard.

Sincerely,

**Signed without prejudice by**          Keiki Fujita

**P.S.** Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

Cc:

1. **Equifax**
   **Attention: Paulino do Rego Barros Jr. / Chairman and CEO**
   P.O. Box 740241, Atlanta GA 30374

2. **Equifax Information Services LLC**
   P.O. Box 740256, Atlanta GA 30374

3. **Experian Corporate Headquarters**
   **Attention: Don Robert / Chairman**
   475 Anton Blvd., Costa Mesa CA 92626

4. **Experian Corporate Headquarters**
   **Attention: Don Robert / Chairman**
   955 American Lane, Schaumburg IL 60173

5. **Experian Disputes Office**
   P.O. Box 4500, Allen TX  75013

6. **TransUnion**
   **Attention: James M. Peck / CEO & President**
   555 W. Adams Street, Chicago IL 60661

7. **TransUnion Consumer Solutions**
   P.O. Box 2000, Chester PA 19022-2000

8. **Consumer Financial Protection Bureau**
   **Attention: Enforcement Division**
   1700 G Street NW, Washington DC 20552

## AFFIDAVIT:  VERIFICATION OF DEBT

The undersigned affiant, being duly sworn, deposes and states:

1.      That I have the requisite knowledge of the facts regarding Macy's Account Number 44-095-394-334-3 and Macy's American Express, Account Number 3774 813348 03969   including the Macy's and Macy's American Express, account ledgers and bookkeeping entries;

2.      That Macy's and Macy's American Express, does not follow Generally Accepted Accounting Principles (GAAP) or the Federal Reserve Bank's policies and procedures, and did not create credits from the Keiki Kay M. Fujita's signed receipts, promises to pay, notes, or other instruments;

2.      That Macy's and Macy's American Express used its own money, money equivalent, credit or capital, or that of other depositors, as adequate consideration to purchase the loan agreement and notes from the Keiki Kay M. Fujita;

2.      That Macy's and Macy's American Express did not accept, receive or deposit any money, money equivalent, note, credit or capital from the Keiki Kay M. Fujita to fund a note, check or similar instrument that was used to finance/fund the charges on the alleged account;

2.      That Macy's and Macy's American Express incurred financial losses and has been damaged in the amount of $980.91 and $16,144.02 and is attempting to collect a bona fide debt arising from services provided and/or goods sold to the Keiki Kay M. Fujita;

6.      When accounts are 90 days or more overdue, Macy's and Macy's American Express does not receive a payoff of the amount due from insurance, whose premiums were unknowingly funded by the so-called "borrower".

7.      That all material facts and terms and conditions regarding the alleged account, have been disclosed to Keiki Kay M. Fujita  in the credit card agreement and promissory note;

8.      That Macy's and Macy's American Express is the holder in due course of all notes and that the notes were taken for value, in good faith, and without any notice of claims or defenses, and that any transfer of the account was made with the full knowledge and consent of all the parties; and

9.      That I have personal knowledge that the Macy's and Macy's American Express credit card and promissory notes were not altered or forged in any way.

<u>ATTESTATION</u>

The facts stated above are true, correct and complete.

Signed by:                          Subscribed and Sworn before me this_____

                                    Day of_____, 2_____ .

_____

The State of_____

County of_____

_____
Print Name  & Title

_____
Signature & Seal of Notary

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

STAMP TO AVOID
IMAGE DELETION

# Exhibit 3

**HUNT & HENRIQUES**

MICHAEL S. HUNT
JANALIE HENRIQUES

ATTORNEYS AT LAW
151 BERNAL ROAD SUITE 8
SAN JOSÉ CALIFORNIA 95119

TELEPHONE 800-680-2426
FACSIMILE 408-362-2299
TTY 800-735-2922

October 1, 2018

Keiki Kay M Fujita
227 Arlington Ave
Kensington CA 94707-1401

Re:   Department Stores National Bank / Keiki Kay M Fujita
      Our Client: Department Stores National Bank / MACY'S
      Account Ending: 3969
      Current Balance: $17801.53
      Account Opened: 12/18/1998
      Payments / Credits Since Last Billing Statement: $0.00
      Payment Reversals / Charges Since Last Billing Statement: $0.00
      Last Payment Date: 12/19/2017

Dear Keiki Kay M Fujita,

This letter is an acknowledgment of and response to your inquiry regarding validation of the above-referenced matter and your claim that we failed to provide you with the required documentation necessary to validate the account.

Your letter refers to a previous letter you claim to have mailed our office. Be advised, we have no record of receiving any correspondence from you prior to your September 24, 2018 letter.

Enclosed find the following account documents:

1.   Account Statements from: December 13, 2017 through August 13, 2018.

Department Stores is not a debt collector under federal law. *See* 15 United States Code § 1692a(6). As such, the federal Fair Debt Collection Practices Act is not applicable to Department Stores, and Department Stores need not validate the debt. While Department Stores is a debt collector under California law (Civil Code § 1788.2(c), California's Rosenthal Fair Debt Collection Practices Act expressly exempts original creditors such as Department Stores from any validation requirement. *See* Civil Code § 1788.17.

Even if Department Stores was required to validate the above referenced debt, "[V]erification of a debt involves nothing more than the debt collector confirming in writing that the amount being demanded is what the creditor is claiming is owed," according to the Ninth Circuit. Clark v. Capital Credit & Collection Servs., Inc., 460 F.3d 1162, 1173-74 (9th Cir. 2006). In other words,

1295691260918|MWEDD0002QH

**HUNT & HENRIQUES**

MICHAEL S. HUNT
JANALIE HENRIQUES

ATTORNEYS AT LAW
151 BERNAL ROAD SUITE 8
SAN JOSÉ CALIFORNIA 95119

TELEPHONE 800-680-2426
FACSIMILE 408-362-2299
TTY 800-735-2922

"Verification only requires a debt collector to confirm with his client that a particular amount is actually being claimed, not to vouch for the validity of the underlying debt." Chaudhry v. Gallerizzo, 174 F.3d 394, 406 (4th cir. 1999).

Notwithstanding that Department Stores is not required to validate under either federal or state law and that a debtor is not authorized to request any particular documents as verification or validation of the debt. Our validation letter provide you with the name of the creditor – Department Stores – Macy's - who is your original creditor, as well copies of account statements for the account at issue. Attachments are enclosed for your convenience.

Hunt & Henriques and Department Stores are in full compliance with both federal and state law.

If you have any questions, you may contact the undersigned at (800) 680-2426 extension 1108.

This firm is a debt collector.

Yours truly,

Donald Sherrill
Hunt & Henriques

 

## Macy's American Express® Account statement

 Questions or lost/stolen card? Call Customer Service 1-877-204-7996

Go to macys.com/credit to manage and pay your account online.

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $14,801.54 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$156.37 |
| Fees Charged | +$38.00 |
| Interest Charged | +$322.33 |
| ⊕ New Balance | $15,318.24 |
| Past Due Amount | $468.12 |

| | |
|---|---|
| Credit Limit | $15,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $318.24 |
| Statement Closing Date | 11/12/2017 |
| Next Statement Closing Date | 12/13/2017 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $15,318.24 |
| Minimum Payment Due | $1,300.69 |
| Payment Due Date | December 9, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $45,232 |
| $617 | 3 years | $22,224 (Savings=$23,008) |

If you would like information about credit counseling services, call 1-877-337-8188.

**You are over your credit limit.** Please pay at least the Minimum Payment Due, which includes an overlimit amount of $318.24. If you have already sent us this payment, thank you.



PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE.          Page 1 of 6          This Account is issued by Department Stores National Bank.

MA 7

---



P.O. BOX 8052
MASON, OH 45040-8052

Your Statement Enclosed



**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.

**Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.**

Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| Payment Due Date | December 9, 2017 |
| New Balance | $15,318.24 |
| Minimum Payment Due | $1,300.69 |

Amount Enclosed: $

Make Check Payable to: Macy's
▼ Mail to address below ▼

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0130069 1531824 0050000 00377481334803969 0712

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error Investigation.

**Payment Other Than By Mail.**

- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance, call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

MA - 6325-7700-0001 -//- C - 61 - N - D - · - -//- O - X - 33 -//- P - · - 0 - Y -//- 1 - · · - 0 - 0 - 510 -//- 01/14/17 - 12/01/98 - 227 - November 9, 2017 - October 13, 2017
N - · · · -//- O - · XC48 - V - D - D - · · · -//- V - · 28 - 0 - · · · Y

**New information?** For new address, telephone or email, go to macys.com/credit or enter the new information below. To change your name, please indicate the new name below.



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

# Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

RECYCLABLE





Account number ending in **3969**

Your account is 1 month past due.
This is a courtesy reminder that we did not receive a payment.
We're here for you and would like to help you bring your account current.
» To make a payment or for further assistance call us today at 1-800-545-1256.
For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 9:00 a.m. to 9:00 p.m. ET
• Friday and Saturday: 9:00 a.m. to 6:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight
ET on your Statement Closing Date identified on your last statement, that payment will appear on your
next statement.

## Macy's American Express Account transactions

| Transaction Date | Description | Location | Amount |
|---|---|---|---|
| Oct 22 | ASEA LLC 000000001 | PLEASANT GROVUT | $146.38 |
| Oct 26 | DROPBOX*H88BNQX6JHSV DROP | SAN FRANCISCOCA | $9.99 |

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Nov 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Nov 12 | INTEREST CHARGE ON PURCHASES | $322.33 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$322.33** |

| 2017 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2017 | $65.00 |
| Total Interest Charged in 2017 | $2,909.27 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $10,274.53 | - | $194.37 | $226.49 | $10,695.39 |
| REGULAR ON OR BEFORE 06/12/16 | $4,527.01 | - | - | $95.84 | $4,622.85 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$14,801.54** | **$0.00** | **$194.37** | **$322.33** | **$15,318.24** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.24% (V) | $10,501.61 | $226.49 |
| REGULAR ON OR BEFORE 06/12/16 | 25.50% (V) | $4,573.14 | $95.84 |
| CASH ADVANCES | | | |
| REGULAR | 26.24% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

 macy's



Account number ending in **3969**

## ★ macy's star rewards | news



**Congratulations!**
You have earned 667 Plenti points from Macy's from October 11, 2017 to November 10, 2017 for using your Macy's American Express® Card outside of Macy's.  Visit macys.com/profile to see your Plenti points balance.
Plenti is a rewards program offered by U.S. Loyalty, a division of American Express Travel Related Services Company, Inc.

★

**Macy's is Hiring for the Holidays!**
Apply TODAY at macysjobs.com!

**AL'S FAMILY FARMS EXCLUSIVE OFFER!**
Macy's Cardholders get FREE SHIPPING on an 18 lb. Deluxe Mega-Tray of Florida's Indian River Citrus. Choose Navels, Grapefruit or Navels & Grapefruit Mixed. Regular Price: $61.90 Special Introductory Price: $42.95 Delivered. Also includes 3 oz. Honey, Strawberry Candies and 2 Chocolate-Covered Coconut Patties. Offer Ends 12.15.2017. Limit 2 per customer.
To order call: 1.866.663.3310 or visit AlsFamilyFarms.com/FREEN7 Use Promo Code: FREEN7.







# DINE OUT. FUEL UP. EARN EVERYWHERE.

Plenti® members now get **3 Plenti points for every $1 spent** at restaurants
outside of Macy's with your linked Macy's American Express® Card.[1,2,3]
Have fun discovering all the ways you'll get rewarded.





★macy's star rewards | Plenti.
Proud Partner



  

## 3X
3 points for every $1 spent
at restaurants outside of Macy's.[2,3]

## 2X
2 points for every $1 spent
at gas stations and supermarkets.[2,3]

## 1X
1 point for every $1 spent
on qualifying purchases at Macy's,
Macy's Backstage and everywhere else
American Express Cards are welcome.[1,2]

**Not a Plenti member yet?** Head to your nearest Macy's or go to macys.com/plenti today.

[1]All customers enrolled in Plenti are eligible to earn Plenti points on qualifying purchases at Macy's, macys.com, and Macy's Backstage ("Macy's Branded Stores") by showing a Plenti rewards card or using a linked Macy's American Express Card. However, if a form of payment other than a Macy's American Express Card is used, including a virtual wallet, customers will receive 1 Plenti point for every $10 spent on qualifying purchases. Customers who make a purchase at Macy's Branded Stores and pay with a Macy's American Express Card and show a Plenti rewards card will receive 1 Plenti point for every $1 spent on qualifying purchases. For purchases at Macy's Branded Stores, Plenti points are calculated on the cost of each qualifying item in a purchase, reduced by any sales tax, coupon or discount savings applicable to that item. Plenti points cannot be earned on purchases of Macy's Gift Cards, subscription services, charitable fees and purchases, or payments and credits on any Macy's account. Points cannot be earned on Macy's fees and services or at restaurants/food services, departments that do not use Macy's point of sale system or on purchases made at locations that are closing ("going out of business" sales). Plenti points will not be earned on purchases from the following leased departments: Louis Vuitton, Burberry, Longchamp and Gucci. Points cannot be earned on macys.com purchases shipped outside the U.S. unless the purchase is made with a linked Macy's American Express Card. Macy's American Express Cardholders who are enrolled in Plenti and link their Plenti rewards card to their Macy's American Express account will receive 1 Plenti point for every qualifying $1 spent on the Macy's American Express Card outside of Macy's Branded Stores. The following transactions do not earn Plenti points when using the Macy's American Express Card outside of Macy's: cash advances, money orders, and other cash equivalent transactions, lottery tickets, and pari-mutuel betting and casino gambling. American Express Cards are not presently accepted for the purchase of bets, lottery tickets or casino gaming chips. Plenti points cannot be used on the following at Macy's: gift cards, subscription services, certificates or cash equivalent, payments on any account including a Macy's account, restaurants/food service establishments within Macy's stores that do not use Macy's point of sale registers, catering, store services, going out of business sales, and merchandise or services purchased at point of sale locations not owned by Macy's. Plenti is a U.S. rewards program operated by U.S. Loyalty, a division of American Express Travel Related Services Company, Inc. You must be fully enrolled and have at least 200 points to use points. U.S. residents can enroll at macys.com/plenti. Points have no monetary value. On December 31 each year, any points that are at least two years old will expire. Participating Plenti partners and offers are subject to change without notice and are subject to geographic availability, location exclusions and additional terms. All rights reserved. All trademarks are property of their respective owners. For full Terms & Conditions, see plenti.com/terms and for a complete list of exclusions, see a Sales Associate or visit macys.com/plenti. [2]Linking required to earn Plenti points outside of Macy's, macys.com, and Macy's Backstage for Macy's American Express Cardholders. Visit macys.com/plenti for details on linking your Plenti rewards card. [3]Restaurants are defined as stand-alone merchants in the U.S. that primarily serve food. Purchases made at a restaurant located within another establishment (e.g., a restaurant inside a hotel, casino, event venue or retail store) may be recognized as purchases at that other establishment, and not as a restaurant, and will not qualify for additional points. American Express determines the industry category for merchants, but Macy's reserves the right to determine which purchases qualify for 3 Plenti points per $1 spent. Gas Stations are defined as stand-alone merchants in the U.S. that primarily sell gasoline. Superstores, supermarkets, convenience stores and warehouse clubs that sell gasoline are not considered gas stations. Supermarkets are defined as stand-alone merchants in the U.S. primarily selling supermarket products, excluding superstores and warehouses. American Express determines the industry category for merchants, but Macy's reserves the right to determine which purchases qualify for 2 Plenti points per $1 spent.

N1701



## 'Tis the season to give!

A Macy's Gift Card is the perfect
way to show your appreciation.

Find our limited-edition designs at
any Macy's and **macys.com/giftcards**



I AM
INSPIRED
Shine Brighter at Macy's
Apply at macys**JOBS**.com





## Macy's American Express® Account statement

☎ **Questions or lost/stolen card? Call Customer Service 1-877-204-7996**

📠 **Go to macys.com/credit to manage and pay your account online.**

**KEIKI KAY M FUJITA**
Account Number: 3774 813348 03969

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $15,318.24 |
| Payments | -$468.12 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$156.37 |
| Fees Charged | +$38.00 |
| Interest Charged | +$334.73 |
| ⊖ New Balance | **$15,379.22** |
| Past Due Amount | $514.33 |

| | |
|---|---|
| Credit Limit | $15,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $379.22 |
| Statement Closing Date | 12/13/2017 |
| Next Statement Closing Date | 01/12/2018 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $15,379.22 |
| Minimum Payment Due | $1,420.28 |
| Payment Due Date | **January 9, 2018** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $45,305 |
| $620 | 3 years | $22,315 *(Savings=$22,990)* |

If you would like information about credit counseling services, call 1-877-337-8188.

**You are over your credit limit.** Please pay at least the Minimum Payment Due, which includes an overlimit amount of $379.22. If you have already sent us this payment, thank you.



PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE.          Page 1 of 6          This Account is issued by Department Stores National Bank.

7 MA 7



P.O. BOX 8052
MASON, OH 45040-8052

**Your Statement Enclosed**



**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail. **Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.** Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| Payment Due Date | **January 9, 2018** |
| New Balance | $15,379.22 |
| Minimum Payment Due | $1,420.28 |

Amount Enclosed: $

Make Check Payable to: Macy's
▼ Mail to address below ▼

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA 94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07426 0142028 1537922 0046812 00377481334803969 0716

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error Investigation.

**Payment Other Than By Mail.**

- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (telecommunications Device for the Deaf) assistance, call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:

- Account information. Your name and account number.
- Dollar amount. The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

T09813   DFNF81 Macy AXP19

MA - 6325-7700-0001 -//- C - 61 - N - D - - - 195810 -//- - 0 - X - 33 -//- P - - - 0 - Y -//- 1 - - 0 - - 0 - 510 -//- 01/14/17 - 12/01/98 - 228 - December 10, 2017 - November 12, 2017
N - - -//- 0 - XC4B - V - D - D - - - -//- V - - 28 - 0 - - Y

**Page 2 of 6**

**New information?** For new address, telephone or email, go to macys.com/credit or enter the new information below. To change your name, please indicate the new name below.

**Please update your financial information.** Keeping our records current will allow us to better serve your credit needs.



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.



**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account Issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

**ꞌAnnual Income:** Examples include salary, wages, interest, dividends, rental income, or retirement benefits. If you are 21 or older, you may include income from others that you can reasonably access to pay your bills.

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

 RECYCLABLE

 

Account number ending in **3969**

Your account is 1 month past due.
This is a courtesy reminder that we did not receive a payment.
We're here for you and would like to help you bring your account current.
» To make a payment or for further assistance call us today at 1-800-545-1256.
For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 9:00 a.m. to 9:00 p.m. ET
• Friday and Saturday: 9:00 a.m. to 6:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

To allow us to better service your credit needs, please update your financial information on the back of
the payment coupon.

## Macy's American Express Account transactions

| Transaction Date | Description | Location | Amount |
|---|---|---|---|
| Nov 14 | PAYMENT - THANK YOU | | -$468.12 |
| Nov 21 | ASEA LLC 000000001 | PLEASANT GROVUT | $146.38 |
| Nov 26 | DROPBOX*PPC3W9PQQRDX DROP | SAN FRANCISCOCA | $9.99 |

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Dec 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Dec 13 | INTEREST CHARGE ON PURCHASES | $334.73 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$334.73** |

| 2017 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2017 | $103.00 |
| Total Interest Charged in 2017 | $3,244.00 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $10,695.39 | -$271.06 | $194.37 | $237.74 | $10,856.44 |
| REGULAR ON OR BEFORE 06/12/16 | $4,622.85 | -$197.06 | | $96.99 | $4,522.78 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$15,318.24** | **-$468.12** | **$194.37** | **$334.73** | **$15,379.22** |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.24% (V) | $10,667.88 | $237.74 |
| REGULAR ON OR BEFORE 06/12/16 | 25.50% (V) | $4,478.96 | $96.99 |
| CASH ADVANCES | | | |
| REGULAR | 26.24% (V) | $0.00 | $0.00 |

(V) = Variable Rate

★ macy's

Account number ending in **3969**

## ★ macy's star rewards | news

**Congratulations!**
You have earned 157 Plenti points from Macy's from November 10, 2017 to December 11, 2017 for using your Macy's American Express®
Card outside of Macy's.  Visit macys.com/profile to see your Plenti points balance.
Plenti is a rewards program offered by U.S. Loyalty, a division of American Express Travel Related Services Company, Inc.

**Macy's is Hiring for the Holidays!**
Apply TODAY at macysjobs.com!

**AL'S FAMILY FARMS EXCLUSIVE OFFER!**
Macy's Cardholders get **FREE SHIPPING** on an 18 lb. Deluxe Mega-Tray of **Florida's Indian River Citrus**. Choose Navels, Grapefruit or
Navels & Grapefruit Mixed. Regular Price: $61.90 Special Introductory Price:**$42.95 Delivered**. Also includes 3 oz. Honey, Strawberry
Candies and 2 Chocolate-Covered Coconut Patties. Offer Ends 1.15.2018. Limit 2 per customer.
**To order call: 1.866.663.3310 or visit AlsFamilyFarms.com/FREED7** Use Promo Code: **FREED7**.



### *Believe*

**FOR GOODNESS SAKE!**

**HELP MACY'S RAISE A MILLION DOLLARS FOR MAKE-A-WISH°**

Let's get another million letters to Santa this year! Mail your letter to Santa at Macy's and
we'll donate $1 to Make-A-Wish, up to one million dollars! Just drop it in the big red letterbox
at Macy's or send it online at macys.com/believe

★ macy's gives    MAKE (A) WISH.

www.wish.org                                      PLS05



### *Believe in giving back*

Take home a 2017 Aflac Holiday Duck and make a difference in a child's life.
When you purchase one of these feathered friends – available in two sizes,
6-inch for $10.00 and 10-inch for $15.00 – from Oct. 29 – Dec. 30, 2017,
100% of the net proceeds will go to The Aflac Foundation° in support of the treatment of
children with cancer as well as pediatric cancer research that may ultimately lead to its cures.
For more details, visit macys.com/Aflac

Aflac is the sole originator of this charitable promotion and neither Macy's nor Department Stores
National Bank or its affiliates are sponsors of this campaign.

PAF03



I AM
INSPIRED
Shine Brighter at Macy's
Apply at macysJOBS.com



# TRAVEL REWARDS

Macy's American Express® Cardholders save 10%
on Insight Vacations to Europe in 2018!
Visit MacysTravelRewards.com to learn more.

Call 1-800-548-2522 for details.

FROSCH

*Restrictions apply.
CST#2079194-10                                     NFR18



teleflora.

Use your Macy's American Express® Card to send flowers!

## SAVE 20%

Visit www.teleflora.com/heart20 or call 1.800.822.0534
Promo code: ONVDM20

Offer expires 1/12/2018                            NTF 12



## FREE SHIPPING MACY'S EXCLUSIVE   PLUS...   FREE

on your first 18 lb. Mega-Tray® of
### Florida HONEYBELLS!
Reg. Price $65.90   Introductory Price $47.95 Delivered

Orange Blossom Honey (3 oz.),
O.J. Sipper, Candies Included*

Mega-Tray™ #BFL (All Honeybells)
Mega-Tray™ #BOFL (Honeybells & Ruby Reds)

Call Toll Free:
866.663.3310
or click on:
AlsFamilyFarms.com/MacysD7
Use Coupon Code: D7FREE

AL'S Family Farms

Price includes standard delivery to the contiguous U.S. Limit 2.
Cannot be combined with other offers. Ends 01/15/18.
†The USDA requires citrus shipments to AZ, CA, LA and TX contain fruit only, no candies or honey.

OAF 05



## Last minute gifts?

A Macy's Gift Card
makes the perfect stocking stuffer.

Find our limited-edition designs at any
Macy's and e-gift cards at macys.com/giftcards

★ macy's star rewards

 MY WALLET MAKES
SHOPPING EASY

IT LETS YOU:

• Store and use Macy's Star Passes to save

• Manage your payment options

• Check out in a few easy clicks

Start the magic at macys.com/account/profile

OMW02-671



 

## Macy's American Express® Account statement

 **Questions or lost/stolen card? Call Customer Service 1-877-204-7996**

**Go to macys.com/credit to manage and pay your account online.**

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $15,379.22 |
| Payments | -$514.33 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$156.37 |
| Fees Charged | +$38.00 |
| Interest Charged | +$328.89 |
| ⊖ New Balance | $15,388.15 |
| Past Due Amount | $526.73 |

| | |
|---|---|
| Credit Limit | $15,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $388.15 |
| Statement Closing Date | 01/12/2018 |
| Next Statement Closing Date | 02/09/2018 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| **New Balance** | **$15,388.15** |
| **Minimum Payment Due** | **$1,435.77** |
| **Payment Due Date** | **February 9, 2018** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $45,605 |
| $622 | 3 years | $22,402 *(Savings=$23,203)* |

If you would like information about credit counseling services, call 1-877-337-8188.

Please see the enclosed **privacy notice** for important information.

**You are over your credit limit.** Please pay at least the Minimum Payment Due, which includes an overlimit amount of $388.15. If you have already sent us this payment, thank you.

  **star rewards**

PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE.        Page 1 of 10        This Account is Issued by Department Stores National Bank.
6 MA 7



**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.
Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.
Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| Payment Due Date | February 9, 2018 |
| New Balance | $15,388.15 |
| Minimum Payment Due | $1,435.77 |

Amount Enclosed: $

Make Check Payable to: Macy's
▼ Mail to address below ▼

P.O. BOX 8052
MASON, OH 45040-8052

Your Statement Enclosed

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401  0143577  1538815  0051433  0037748133480 3969  0716

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

* **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
* **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error Investigation.

**Payment Other Than By Mail.**

* **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However credit availability may be subject to verification of funds.
* **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
* **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
* **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
* **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 0063, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance, call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:

* Account information: Your name and account number.
* Dollar amount: The dollar amount of the suspected error.
* Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

T09813

MA - 6325-7700-0001-//- C - 61 - N - D - · · - 195810-//- - 0 - X - 33-//- P - · - 0 - Y-//-1 - · - 0 - 0 - 510 -//- 01/14/17 - 12/01/98 - 229 - January 12, 2018 - December 13, 2017

N - · · -//- 0 - XC4B - V - D - D - · · -//- V - 28 - 0 - · · Y

Page 2 of 10

**New information?** For new address, telephone or email, go to **macys.com/credit** or enter the new information below. To change your name, please indicate the new name below.





**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

## Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

♻ RECYCLABLE

 

Account number ending in **3969**

Your account is 1 month past due.
This is a courtesy reminder that we did not receive a payment. We're here for you and would like to help you bring your account current.
» To make a payment or for further assistance call us today at 1-800-545-1256. For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 9:00 a.m. to 9:00 p.m. ET
• Friday and Saturday: 9:00 a.m. to 6:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

## Macy's American Express Account transactions

| Transaction Date | Description | Location | Amount |
|---|---|---|---|
| Dec 19 | PAYMENT - THANK YOU | | -$514.33 |
| Dec 21 | ASEA LLC 000000001 | PLEASANT GROVUT | $146.38 |
| Dec 26 | DROPBOX*88H81QM3GPLY DROP | SAN FRANCISCOCA | $9.99 |

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Jan 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Jan 12 | INTEREST CHARGE ON PURCHASES | $328.89 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$328.89** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $38.00 |
| Total Interest Charged in 2018 | $328.89 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $10,856.44 | -$417.34 | $194.37 | $233.92 | $10,867.39 |
| REGULAR ON OR BEFORE 06/12/16 | $4,522.78 | -$96.99 | - | $94.97 | $4,520.76 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$15,379.22** | **-$514.33** | **$194.37** | **$328.89** | **$15,388.15** |

| Interest Charge Calculation | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | |
|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.49% (V) | $10,744.83 | $233.92 |
| REGULAR ON OR BEFORE 06/12/16 | 25.75% (V) | $4,487.81 | $94.97 |
| CASH ADVANCES | | | |
| REGULAR | 26.49% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

★macy's

THIS PAGE INTENTIONALLY LEFT BLANK

MDSNBE 01/17

| **FACTS** | **WHAT DOES DEPARTMENT STORES NATIONAL BANK ("DSNB") DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and employment information<br>• credit history and transaction history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons DSNB chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does DSNB share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| **To limit our sharing** | • Call the number below – our menu will prompt you through your choice(s):<br>Bloomingdale's 1-888-922-7026 (TDD/TTY: 1-800-281-0820)<br>Macy's        1-800-830-3087 (TDD/TTY: 1-800-281-0820)<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us any time to limit our sharing. |
|---|---|
| **Questions?** | Call the Customer Service number on the back of your credit card or on your billing statement. |

MDSNBE 01/17

| **Who we are** | |
|---|---|
| **Who is providing this notice?** | You are receiving this notice from Department Stores National Bank, the bank that issues your credit card. |

| **What we do** | |
|---|---|
| **How does DSNB protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does DSNB collect my personal information?** | We collect your personal information, for example, when you<br>• provide account information or contact information<br>• provide employment information or apply for a loan<br>• use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes — information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| **Definitions** | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include companies with a Citi name, including Citibank, N.A., and Macy's and Bloomingdale's.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include companies engaged in direct marketing and the selling of consumer products and services.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products and services to you.<br>• *Our joint marketing partners can include other financial service companies.* |

| **Other important information** | |
|---|---|

**For Vermont Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

**For California Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

We may share your personal information, as permitted by law, with the retailer whose name appears on your card. You cannot limit this sharing.

To limit our affiliates from marketing to you, you must limit our sharing of information with them. Do not limit this sharing if you want to receive affiliate marketing based on our sharing of your information.

### Important Information about Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

# ★macy's star rewards | news

**Congratulations!**
You have earned 157 Plenti points from Macy's from December 11, 2017 to January 11, 2018 for using your Macy's American Express® Card outside of Macy's.  Visit macys.com/profile to see your Plenti points balance.
Plenti is a rewards program offered by U.S. Loyalty, a division of American Express Travel Related Services Company, Inc.

**Reduce Waste. Go Digital.**
Make the move to online statements. Sign-in to your Macy's Account to learn more at www.macys.com/gopaperless

**Fresh From Florida, Oranges & Grapefruit - AL'S FAMILY FARMS Exclusive Offer!**
FREE SHIPPING for Macy's Cardholders on first ½ bushel (2 trays, 20 lbs.) of Florida's Indian River Citrus. Choose All Oranges, All Grapefruit or Oranges & Grapefruit Mixed. Regular Price: $58.90
Special Introductory Price: $46.95 Delivered. Offer Ends 02.15.2018. Limit 2 per customer.
**To order call: 1.866.663.3310 or visit AlsFamilyFarms.com/FREEJ8** Use Promo Code: **FREEJ8**.

**Introducing Macy's Wine Cellar – Special Welcome Offer!**
You rely on Macy's to help you celebrate life's special moments.  Now you'll have the perfect wines too with Macy's Wine Cellar.
Join in the fun today!  Visit **macyswinecellar.com/9395001** for offer details and full terms and conditions.



## MACY'S
# AREA RUGS

It's our year-end clearance & sample sale! To make room for new inventory, we've marked down hundreds of handmade & machine woven selections of famous maker rugs in variety of colors, designs & sizes. These rugs are priced to go home with you today!

- Shop over 150 Macy's Fine Rug Galleries
- Shop macys.com anytime
- Call 1-888-MACY-RUG (1-888-622-9784)

All rugs shown are imported, unless otherwise noted. For terms, conditions & restrictions concerning area rug shipping & fees, returns & restocking fees. All sales final. See your rug specialist for details. Styles shown representative of group, selection may vary. Floor stock only. Delivery not available. AREA RUGS NOT IN ALL STORES, FOR LOCATIONS, USE THE STORE LOCATOR AT MACYS.COM

0AR02

*Add someone*
*you* **LOVE**

Adding another cardholder to your Macy's account lets you share the fun of shopping at Macy's. One statement makes it hassle-free. Visit macys.com/authuser and sign in to get started.



★macy's star rewards

If you add an Authorized User, you will be responsible for charges made by him or her. Authorized Users can get account information. You send their permission to give us information about them and to let us share it with others. Account history will be reported to credit bureaus in your name and any Authorized User's name.

PAU01



# Exclusive savings
## all year long

It's going to be a great year for you, Silver member. Although gift season is over, you'll keep on getting exclusive benefits all year long when you use your Macy's Credit Card at Macy's. Stay tuned for more exciting things to come from Star Rewards and happy shopping!

★ macy's **star rewards**

|  | ⭐ Silver [ $1–$499 ] previously preferred | ⭐ Gold [ $500–$1,199 ] previously elite | ⭐ Platinum [ $1,200+ ] previously premier elite |
|---|---|---|---|
| **Save 25%** any day you choose with Star Passes | | | |
|  **Free Shipping** no minimum | | | |
|  **5% Back in Rewards** no merchandise exclusions | | | |

**Your loyalty status is determined by the amount you spend at Macy's within the calendar year with your Macy's Credit Card.**
**Details below and at macys.com/mystarrewards**

Loyalty level: New Accounts are opened in the Silver level. Starting in January 2019 and every January thereafter, purchases on your Macy's card at Macy's in the previous calendar year, less returns and credits, will be used to calculate your status for the next year. If your Account increases to a higher status during the previous calendar year, it will immediately start to be effective that calendar year. You will be notified of any change to your Star level by your card statement or email. For statuses to be upgraded to Gold 30 days after spending $500 – $1199 at Macy's on your Macy's Credit Card. Account will be upgraded to Platinum 30 days after spending $1,200 or more. Upgraded accounts will remain at the new level for the remainder of that calendar year and throughout the calendar year. For returns that reopen a lost and regard from the previous calendar year, Macy's may compute to make the program without a notice. See terms and conditions at macys.com/starrewards for complete details.

Star Pass: Exclusions apply and are detailed on each Star Pass.

Free Shipping: Offer applies to standard shipping to verified one in the continental U.S., Hawaii, or the U.S. territories and may be applied to premium or overnight shipping for an upgrade fee. Shipping offer does not apply to furniture, mattresses, or purchases. Free shipping of purchases at Macy's stores applies when you are shopping in a store that does not stock a particular item but is available at another store and payment is made with a Macy's Credit Card and Account with Gold or Platinum status. One state and low weight, non-contiguous or shipping surcharge, while travel still apply. When shipping to multiple addresses, only shipping to the first address will qualify for free shipping; shipping fees will apply to all other addresses.

5% Back in Rewards, no merchandise exclusions & Star Money: Macy's account with Platinum status earn 5 points per $1 spent on qualifying purchases at Macy's, macys.com, and Macy's Backstage with their Macy's Credit Card, less closures and adjustments. Points are not earned on Macy's Gift Cards, purchases made outside of Macy's, purchases made at restaurants inside Macy's, Beauty Box subscription services, in any department that does not use a Macy's point of sale register, on services, fees, sales tax, when redeeming Star Money or Macy's Gift Cards, or when paying with a virtual wallet, even if you're paying with a Macy's Card in the virtual wallet. Once you accumulate 1000 points, a $10 Star Money reward will be issued. Star Money rewards may be used to purchase merchandise at Macy's, Macy's Backstage, or macys.com. Star Money rewards cannot be exchanged for cash, used to purchase Macy's Gift Cards, used for Beauty Box subscription services, used on any order of furniture, mattresses or floors, used at restaurants inside a Macy's store, used in any department that does not use a Macy's point of sale register, used for any prepayment that will be shipped outside the U.S., or used as payment on any credit account. Each Star Money reward is valid for 30 or 60 days from the date it is issued. If your Macy's account is closed by you or us, or you fail to make a qualifying purchase on your Macy's account during any consecutive 12 month period, all points and any unused Star Money rewards will be forfeited.

0SR07







THIS PAGE INTENTIONALLY LEFT BLANK

396905

 

## Macy's American Express® Account statement

 **Questions or lost/stolen card?** Call Customer Service 1-877-204-7996

**Go to macys.com/credit** to manage and pay your account online.

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969

| Summary of Account Activity | |
|---|---|
| Previous Balance | $15,388.15 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Fees Charged | +$38.00 |
| Interest Charged | +$313.16 |
| ⊖ New Balance | $15,739.31 |
| Past Due Amount | $1,047.62 |

| | |
|---|---|
| Credit Limit | $15,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $739.31 |
| Statement Closing Date | 02/09/2018 |
| Next Statement Closing Date | 03/13/2018 |
| Days in Billing Cycle | 28 |

### Payment Information

| | |
|---|---|
| **New Balance** | **$15,739.31** |
| **Minimum Payment Due** | **$2,296.09** |
| **Payment Due Date** | **March 9, 2018** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $45,633 |
| $636 | 3 years | $22,913 (Savings=$22,720) |

If you would like information about credit counseling services, call 1-877-337-8188.

Your account is 2 months past due.
Let us help you bring your account current.  If you are experiencing financial difficulty, we offer a number of payment solutions that may be available to help you bring your account current, if you qualify.
» For assistance call us today at 1-800-545-1256. For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 9:00 a.m. to 9:00 p.m. ET
• Friday and Saturday: 9:00 a.m. to 6:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

 star rewards

This Account is Issued by Department Stores National Bank.
63 MA 7


P.O. BOX 8052
MASON, OH 45040-8052



**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail. **Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.**

Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| **Payment Due Date** | **March 9, 2018** |
| **New Balance** | **$15,739.31** |
| **Minimum Payment Due** | **$2,296.09** |
| **Amount Enclosed: $** | |

Make Check Payable to:  Macy's
▼ Mail to address below ▼

Your Statement Enclosed

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0229609 1573931 0051433 00377481334803969 0716

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error investigation.

**Payment Other Than By Mail.**
- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance, call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

109813    MCNFULM AmEx JAN16

MA - 6325-7700-0001-//-C-71-N-D- · -195810-//- -0-X-33-//-P- · -0-Y-//-2- · -0-0-0-//-01/13/18 - 12/01/98 - 230 - February 4, 2018 - January 12, 2018
N - · -//-0- · XC4B-V-D-D- · -//-V- · -28-0- · -Y

**New information?** For new address, telephone or email, go to macys.com/credit or enter the new information below. To change your name, please indicate the new name below.



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

## Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless


RECYCLABLE

 

Account number ending in 3969

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on your Statement Closing Date identified on your last statement, that payment will appear on your next statement.

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Feb 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Feb 09 | INTEREST CHARGE ON PURCHASES | $313.16 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$313.16** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $76.00 |
| Total Interest Charged in 2018 | $642.05 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $10,867.39 | - | $38.00 | $223.02 | $11,128.41 |
| REGULAR ON OR BEFORE 06/12/16 | $4,520.76 | - | - | $90.14 | $4,610.90 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$15,388.15** | **$0.00** | **$38.00** | **$313.16** | **$15,739.31** |

| Interest Charge Calculation | | | |
|---|---|---|---|
| | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.49% (V) | $10,975.87 | $223.02 |
| REGULAR ON OR BEFORE 06/12/16 | 25.75% (V) | $4,564.05 | $90.14 |
| CASH ADVANCES | | | |
| REGULAR | 26.49% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

 **star rewards | news**

 **Reduce Waste. Go Digital.**
Make the move to online statements. Sign-in to your Macy's Account to learn more at www.macys.com/gopaperless

★macy's

Account number ending in **3969**

## Macy's participation in Plenti® will end 5/3/2018

### Enrolled in Plenti? Here's what that means for you:

- You'll be able to earn Plenti points on qualifying purchases at Macy's until 3/15/2018.
- Earn Plenti points when you use your Macy's American Express® Card outside of Macy's for qualifying purchases that appear on Statements with a Statement Closing Date prior to 3/16/2018.
- You can use Plenti points for savings on qualifying purchases at Macy's until 5/3/2018.

**Look below for details on how you can earn and use Plenti points.**

★ macy's **star rewards**

## Get a taste of great things to come, starting 3/16/2018

You'll automatically earn rewards when you use your Macy's American Express Card outside of Macy's for qualifying purchases that appear on statements with a Statement Closing Date on or after 3/16/2018.

### 3%
**back in rewards**
at restaurants outside of Macy's. You'll get 3 points per $1 spent every time you dine out.

### 2%
**back in rewards**
at gas stations and supermarkets. You'll get 2 points per $1 spent when you fuel up or stock up on groceries.

### 1%
**back in rewards**
everywhere else outside of Macy's. You'll get 1 point per $1 spent when you shop with your Macy's American Express Card everywhere else American Express Cards are welcome.

Terms and conditions apply. Look below for details.

## 1000 points = $10★ Star Money

The points you earn on qualifying purchases outside Macy's that appear on statements with a Statement Closing Date on or after 3/16/18, won't be added to your points balance until 5/31/18. Points earned on or after 5/4/18 outside of Macy's will be added to your points balance monthly. **For each 1,000 points you earn, you'll receive $10 in Star Money**, which you can redeem at Macy's and macys.com without any merchandise exclusions.

**Plenti:** All customers enrolled in Plenti are eligible to earn Plenti points on qualifying purchases at Macy's, macys.com and Macy's Backstage ("Macy's Branded Stores") by showing a Plenti rewards card or using a linked Macy's American Express Card. However, if a linked payment other than a Macy's American Express Card is used, including a virtual wallet, customers will receive 1 Plenti point for every $10 spent on qualifying purchases. Customers who make a purchase at Macy's American Express Card and show a Plenti rewards card will receive 1 Plenti point for every $1 spent on qualifying purchases. For purchases at Macy's Branded Stores, Plenti points are collected on the card at each qualifying item on a purchase and are the only valid Plenti points at sale systems or on purchases made at locations that are closing ("going out of business" sites). Plenti points will not be earned on purchases from the following branded departments: Louis Vuitton, Burberry, Longchamp and Gucci. Points will not be earned on purchases from Suitable Rite branded departments only if using a linked Macy's American Express Card. Plenti will be earned at Macy's Marketplace sale shop (with a Macy's American Express Card. Points cannot be earned on many purchases of merchandise using a linked Macy's American Express Card. Macy's American Express Card outside of Macy's Branded Stores. The following transactions do not earn Plenti points when using the Macy's American Express Card outside of Macy's: cash advances, money orders and other cash equivalent transactions, lottery tickets, and pre-paid products and casino operating. American Express Cards are not generally accepted in the purchase of bets, lottery tickets or casino gaming chips. Plenti points cannot be used on the following at Macy's: gift cards, certificates or cashing and/or, payments on any account including a Macy's account, government food service establishments with which Macy's stores that do not use Macy's point of sale registers, Stride Rite, catering, store services and merchandise or services purchased at point of sale locations not owned by Macy's. Plenti is a US rewards program operated by US Loyalty, a division of American Express Travel Related Services Company, Inc. You must be fully enrolled and have at least 200 points to use points. US residents can enroll at macys.com/plenti. Points have no monetary value. On December 31 each year, any points that are at least two years old will expire. Participating Plenti partners and offers are subject to change without notice and are subject to geographic and ability, location exclusions and all Macy's American asks are property of their respective owners. For full terms & conditions, see plenti.com/terms and for a complete list of exclusions, see a Stores Associate or visit macys.com/plenti.

**3%-2%-1% Out of Store Rewards and Star Money:** Restaurants are defined as stand-alone merchants in the U.S. that primarily serve food. Purchases made at a restaurant located within another establishment (e.g., a restaurant inside a hotel, casino, event or venue or retail store, including Macy's) may be recognized as purchases at that other establishment, and not as a restaurant, and will not qualify for points. American Express determines the industry category for merchants, but Macy's reserves the right to determine which purchases qualify for 3 points. Gas Stations are defined as stand-alone merchants in the U.S. that primarily sell gasoline. Supercenters, supermarkets, convenience stores and warehouse clubs that sell gasoline are not considered gas stations. Supermarkets are defined as stand-alone merchants in the U.S. primarily selling supermarket products, stand-alone superstores and warehouses. American Express determines the industry category for merchants, but Macy's reserves the right to determine which purchases qualify for 2 points per $1 spent. 1% back in rewards excludes cash advances. Once you accumulate 1000 points, a $10 Star Money reward will be issued. Star Money rewards may be used to purchase merchandise at Macy's, Macy's Backstage, or macys.com. Star Money rewards may not be exchanged for cash, used to purchase Macy's Gift Cards, used for Beauty Box subscription service, used at restaurants inside a Macy's store, used in any department that does not serve a Macy's point of sale register, used for any purchase that will be shipped outside the U.S., or used as payment on any credit account. Each Star Money rewards is valid for 10 calendar days from issuance. Purchases made solely with Star Money rewards will not receive discount; available with Cardholders savings offers with the same payment method. Macy's Credit Card. If your Macy's account is closed by you or us, or you fail to make any qualifying purchases on your Macy's account during a relevant year, all points and any unused Star Money rewards will be forfeited.

American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license. The Macy's American Express Card programs issued and administered by Department Stores National Bank.



**teleflora.**

*USE YOUR MACY'S AMERICAN EXPRESS® CARD TO SEND FLOWERS!*

## SAVE 20%

**Visit www.teleflora.com/heart20 or call 1.800.822.0534**
**Promo Code: ONVDM20**

Offer expires 2/28/2018                                        NTF 14



★ **macy's**
**WINE CELLAR**

Enjoy the
**PERFECT WINES**
delivered to your door
for any occasion

PDW02

UNCORK A SPECIAL OFFER AT
**macyswinecellar.com/9460001**



### Give a gift they'll love!
A Macy's Gift Card
is perfect for any occasion.

Find our limited-edition designs at
any Macy's and **macys.com/giftcards**

6604

★macy's star rewards



## MY WALLET MAKES
## SHOPPING EASY

**IT LETS YOU:**

• Store and use Macy's Star Passes to save

• Manage your payment options

• Check out in a few easy clicks

Start the magic at macys.com/account/profile

OMW02 671

THIS PAGE INTENTIONALLY LEFT BLANK

E0L903

 

## Macy's American Express® Account statement

 **Questions or lost/stolen card? Call Customer Service 1-877-204-7996**

**Go to macys.com/credit to manage and pay your account online.**

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $15,739.31 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Fees Charged | +$38.00 |
| Interest Charged | +$366.71 |
| ⊖ New Balance | $16,144.02 |
| Past Due Amount | $1,556.78 |

| | |
|---|---|
| Credit Limit | $15,000.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $1,144.02 |
| Statement Closing Date | 03/13/2018 |
| Next Statement Closing Date | 04/12/2018 |
| Days in Billing Cycle | 32 |

### Payment Information

| | |
|---|---|
| **New Balance** | **$16,144.02** |
| **Minimum Payment Due** | **$3,267.51** |
| **Payment Due Date** | **April 9, 2018** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $45,704 |
| $653 | 3 years | $23,503 *(Savings=$22,201)* |

If you would like information about credit counseling services, call 1-877-337-8188.

Your account is 3 months past due.
Make your minimum payment by the due date to avoid account closure and loss of charging privileges. If you are experiencing financial difficulty, we offer a number of payment solutions that may be available to help you bring your account current, if you qualify.
» For assistance call us today at 1-800-545-1256. For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 9:00 a.m. to 9:00 p.m. ET
• Friday and Saturday: 9:00 a.m. to 6:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.




P.O. BOX 8052
MASON, OH 45040-8052



**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.
**Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.**
Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| **Payment Due Date** | **April 9, 2018** |
| **New Balance** | **$16,144.02** |
| **Minimum Payment Due** | **$3,267.51** |

**Amount Enclosed: $**

**Make Check Payable to:** Macy's
▼ **Mail to address below** ▼

Your Statement Enclosed

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0326751 1614402 0051433 00377481334803969 0719

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error investigation.

**Payment Other Than By Mail.**
- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance call 1-800-231-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

MA - 6325-7700-0001-//-C - 71 - N - D - · · · 195810 -//- - 0 - X - 33 -//- P - · · · 0 - Y -//- 3 · · · - 0 - 0 - 0 -//- 01/13/18 - 12/01/98 - 231 - February 23, 2018 - February 9, 2018
N · · · -//- 0 - XC4B - V - D - D - · · · -//- V - · 28 -//- - · · Y

Page 2 of 4

**New information?** For new address, telephone or email, go to **macys.com/credit** or enter the new information below. To change your name, please indicate the new name below.



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

# Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

 RECYCLABLE

 

Account number ending in **3969**

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on your Statement Closing Date identified on your last statement, that payment will appear on your next statement.

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Mar 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Mar 13 | INTEREST CHARGE ON PURCHASES | $366.71 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$366.71** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $114.00 |
| Total Interest Charged in 2018 | $1,008.76 |

## Activity Detail

| | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $11,128.41 | - | $38.00 | $261.49 | $11,427.90 |
| REGULAR ON OR BEFORE 06/12/16 | $4,610.90 | - | - | $105.22 | $4,716.12 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$15,739.31** | **$0.00** | **$38.00** | **$366.71** | **$16,144.02** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.49% (V) | $11,260.43 | $261.49 |
| REGULAR ON OR BEFORE 06/12/16 | 25.75% (V) | $4,661.66 | $105.22 |
| CASH ADVANCES | | | |
| REGULAR | 26.49% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

★macy's

THIS PAGE INTENTIONALLY LEFT BLANK

 

## Macy's American Express® Account statement

☎ Questions or lost/stolen card? Call Customer Service 1-800-782-7756

★ Go to macys.com/credit to manage and pay your account online.

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969



| Summary of Account Activity | |
|---|---|
| Previous Balance | $16,144.02 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Fees Charged | +$38.00 |
| Interest Charged | +$355.78 |
| ⊖ New Balance | $16,537.80 |
| Past Due Amount | $2,123.49 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $1,537.80 |
| Statement Closing Date | 04/12/2018 |
| Next Statement Closing Date | 05/13/2018 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $16,537.80 |
| Minimum Payment Due | $4,221.07 |
| Payment Due Date | May 9, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $46,020 |
| $671 | 3 years | $24,154 (Savings=$21,866) |

If you would like information about credit counseling services, call 1-877-337-8188.

Your account is 4 months past due.
If you are experiencing financial difficulty, we offer a number of payment solutions that may be available to help you bring your account current, if you qualify.
» To make a payment or for further assistance call us today at 1-800-782-7756. For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 8:00 a.m. to 10:00 p.m. ET
• Friday and Saturday: 8:00 a.m. to 5:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

 star rewards

PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE.         Page 1 of 4         This Account is Issued by Department Stores National Bank.

3 MA 7


P.O. BOX 8052
MASON, OH 45040-8052

**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.

**Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.**

Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| Payment Due Date | May 9, 2018 |
| New Balance | $16,537.80 |
| Minimum Payment Due | $4,221.07 |

Amount Enclosed: $

Make Check Payable to: Macy's
▼ Mail to address below ▼

Your Statement Enclosed

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA 94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0422107 1653780 0051433 00377481334803969 0718

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received those in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error investigation.

**Payment Other Than By Mail.**

- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at, Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com or on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

T09813   [30741 M Amy. 2416]

MA - 6325-7700-0001 -/A/- C - 71 - N - D - · - - 195810 -/B/- E - 2 - X - 33 -/C/- P - · - 0 - N -/D/- 4 - · - - 0 - 0 -/E/- 01/13/18 - 12/01/96 - 232 - March 23, 2018 - March 13, 2018
N - · - -/F/- 0 - · - XC4B - V - D - D - · - -/G/- V - 28 - 0 - · - - N

New information? For new address, telephone or email, go to macys.com/credit or enter the new information below. To change your name, please indicate the new name below.



***Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

****Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

## Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

♻ RECYCLABLE

 

Account number ending in 3969

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on your Statement Closing Date identified on your last statement, that payment will appear on your next statement.

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Apr 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Apr 12 | INTEREST CHARGE ON PURCHASES | $355.78 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$355.78** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $152.00 |
| Total Interest Charged in 2018 | $1,364.54 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $11,427.90 | - | $38.00 | $253.96 | $11,719.86 |
| REGULAR ON OR BEFORE 06/12/16 | $4,716.12 | - | - | $101.82 | $4,817.94 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$16,144.02** | **$0.00** | **$38.00** | **$355.78** | **$16,537.80** |

| Interest Charge Calculation | | | |
|---|---|---|---|
| | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.74% (V) | $11,555.19 | $253.96 |
| REGULAR ON OR BEFORE 06/12/16 | 26.00% (V) | $4,765.13 | $101.82 |
| CASH ADVANCES | | | |
| REGULAR | 26.74% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

★macy's

THIS PAGE INTENTIONALLY LEFT BLANK

 

## Macy's American Express® Account statement

☎ **Questions or lost/stolen card? Call Customer Service 1-800-782-7756**

💻 **Go to macys.com/credit to manage and pay your account online.**

**KEIKI KAY M FUJITA**
Account Number: 3774 813348 03969



### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $16,537.80 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Fees Charged | +$38.00 |
| Interest Charged | +$376.77 |
| ⊖ New Balance | $16,952.57 |
| Past Due Amount | $2,683.27 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $1,952.57 |
| Statement Closing Date | 05/13/2018 |
| Next Statement Closing Date | 06/12/2018 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $16,952.57 |
| Minimum Payment Due | $5,220.61 |
| Payment Due Date | June 9, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $46,070 |
| $688 | 3 years | $24,760 (Savings=$21,310) |

If you would like information about credit counseling services, call 1-877-337-8188.

Your account is 5 months past due.
If you are experiencing financial difficulty, we offer a number of payment solutions that may be available to help you bring your account current, if you qualify.
» To make a payment or for further assistance call us today at 1-800-782-7756. For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 8:00 a.m. to 10:00 p.m. ET
• Friday and Saturday: 8:00 a.m. to 5:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

 star rewards

PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE.     Page 1 of 4     This Account is Issued by Department Stores National Bank.
8 MA 7



P.O. BOX 8052
MASON, OH 45040-8052

**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.
**Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.**
Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| Payment Due Date | June 9, 2018 |
| New Balance | $16,952.57 |
| Minimum Payment Due | $5,220.61 |

Amount Enclosed: $

Make Check Payable to: Macy's
▼ Mail to address below ▼

Your Statement Enclosed

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0522061 1695257 0051433 0037748133480396⁹ 0718

## Information About Your Account.

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

## Other Account and Payment Information.

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error investigation.

## Payment Other Than By Mail.

- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance, call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:
- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

T09813     15-115-M Fancy JAN16

MA - 6325-7700-0001 -/A/- C - 71 - N - D - - - - 195810 -/B/- E - 2 - X - 33 -/C/- P - - - 0 - N -/D/- 5 - - - 0 - 0 - 0 -/E/- 01/13/18 - 12/01/98 - 233 - April 27, 2018 - April 12, 2018
N - - - -/F/- 0 - - XC4B - V - D - D - - - - -/G/- V - - 28 - 0 - - - N

**Page 2 of 4**

**New information?** For new address, telephone or email, go to **macys.com/credit** or enter the new information below. To change your name, please indicate the new name below.



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

# Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

♻ RECYCLABLE

 

Account number ending in **3969**

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on your Statement Closing Date identified on your last statement, that payment will appear on your next statement.

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| May 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| May 13 | INTEREST CHARGE ON PURCHASES | $376.77 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$376.77** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $190.00 |
| Total Interest Charged in 2018 | $1,741.31 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $11,719.86 | - | $38.00 | $269.24 | $12,027.10 |
| REGULAR ON OR BEFORE 06/12/16 | $4,817.94 | - | - | $107.53 | $4,925.47 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$16,537.80** | **$0.00** | **$38.00** | **$376.77** | **$16,952.57** |

| Interest Charge Calculation | | | |
|---|---|---|---|
| | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.74% (V) | $11,855.68 | $269.24 |
| REGULAR ON OR BEFORE 06/12/16 | 26.00% (V) | $4,869.76 | $107.53 |
| CASH ADVANCES | | | |
| REGULAR | 26.74% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

★macy's

THIS PAGE INTENTIONALLY LEFT BLANK

 

## Macy's American Express® Account statement

 **Questions or lost/stolen card?** Call Customer Service 1-800-782-7756

**Go to macys.com/credit** to manage and pay your account online.

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $16,952.57 |
| Payments | –$0.00 |
| Other Credits | –$0.00 |
| Purchases/Other Debits | +$0.00 |
| Fees Charged | +$38.00 |
| Interest Charged | +$373.61 |
| Θ New Balance | $17,364.18 |
| Past Due Amount | $3,268.04 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $2,364.18 |
| Statement Closing Date | 06/12/2018 |
| Next Statement Closing Date | 07/13/2018 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| **New Balance** | **$17,364.18** |
| **Minimum Payment Due** | **$6,217.83** |
| **Payment Due Date** | **July 9, 2018** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $46,098 |
| $704 | 3 years | $25,361 (Savings=$20,737) |

If you would like information about credit counseling services, call 1-877-337-8188.

Your account is 6 months past due.
If you are experiencing financial difficulty, we offer a number of payment solutions that may be available to help you bring your account current, if you qualify.
» To make a payment or for further assistance call us today at 1-800-782-7756. For the hearing impaired, call our TDD/TTY line at 1-800-281-0820.
Hours of operation:
• Monday - Thursday: 8:00 a.m. to 10:00 p.m. ET
• Friday and Saturday: 8:00 a.m. to 5:00 p.m. ET
• Sunday: 10:00 a.m. to 7:00 p.m. ET
This is an attempt to collect a debt and any information obtained will be used for that purpose.

  star rewards

PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE.          Page 1 of 4          This Account is Issued by Department Stores National Bank.
8 MA 7



P.O. BOX 8052
MASON, OH 45040-8052

**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.
Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.
Use reverse side for address changes.

Account Number: 3774 813348 03969

| | |
|---|---|
| Payment Due Date | July 9, 2018 |
| New Balance | $17,364.18 |
| Minimum Payment Due | $6,217.83 |

Amount Enclosed: $

Your Statement Enclosed

Make Check Payable to: Macy's
▼ Mail to address below ▼

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0621783 1736418 0051433 0037748133480396 9 0714

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received those in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously produced records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error investigation.

**Payment Other Than By Mail.**

- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account, you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance, call 1-800-281-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

TO9813   LN 548 M entry JAN 16

MA - 6325-7700-0001 -/A/- C - 71 - N - D - · · · 195810 -/B/- E - 2 - X - 33 -/C/- P - · · - 0 - N -/D/- 6 - · - 0 - 0 - 0 -/E/- 01/13/18 - 12/01/98 - 234 - June 10, 2018 - May 13, 2018

N - · · -/F/- 0 - · XC4B - V - D - D - · · · · -/G/- V - · 28 - 0 - · · N

Page 2 of 4

---

**New information?** For new address, telephone or email, go to macys.com/credit or enter the new information below. To change your name, please indicate the new name below.





**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the account issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

## Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

RECYCLABLE

 

Account number ending in **3969**

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on your Statement Closing Date identified on your last statement, that payment will appear on your next statement.

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Jun 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Jun 12 | INTEREST CHARGE ON PURCHASES | $373.61 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$373.61** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $228.00 |
| Total Interest Charged in 2018 | $2,114.92 |

| Activity Detail | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $12,027.10 | - | $38.00 | $267.27 | $12,332.37 |
| REGULAR ON OR BEFORE 06/12/16 | $4,925.47 | - | - | $106.34 | $5,031.81 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$16,952.57** | **$0.00** | **$38.00** | **$373.61** | **$17,364.18** |

| Interest Charge Calculation | | | |
|---|---|---|---|
| | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.74% (V) | $12,160.80 | $267.27 |
| REGULAR ON OR BEFORE 06/12/16 | 26.00% (V) | $4,976.66 | $106.34 |
| CASH ADVANCES | | | |
| REGULAR | 26.74% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

THIS PAGE INTENTIONALLY LEFT BLANK

 

## Macy's American Express® Account statement

 **Questions or lost/stolen card? Call Customer Service 1-800-782-7756**

**Go to macys.com/credit to manage and pay your account online.**

KEIKI KAY M FUJITA
Account Number: 3774 813348 03969

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $17,364.18 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Fees Charged | +$38.00 |
| Interest Charged | +$399.35 |
| ⊖ New Balance | $17,801.53 |
| Past Due Amount | $3,853.65 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $2,801.53 |
| Statement Closing Date | 07/13/2018 |
| Next Statement Closing Date | 08/13/2018 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $17,801.53 |
| Minimum Payment Due | $7,271.53 |
| Payment Due Date | August 9, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $46,429 |
| $725 | 3 years | $26,086 (Savings=$20,343) |

If you would like information about credit counseling services, call 1-877-337-8188.

For phone payments, you authorize Department Stores National Bank to **electronically debit your specified bank account by an ACH transaction** in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of page 1 within the timeframe disclosed to you on the phone.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on your Statement Closing Date identified on your last statement, that payment will appear on your next statement.





This Account is Issued by Department Stores National Bank.

8 MA 7



P.O. BOX 8052
MASON, OH 45040-8052

Your Statement Enclosed

**Macy's American Express Account**

Please return this slip with payment. Write account number on front of check. You can pay at any Macy's store, online at macys.com/credit, or by mail.

**Payments received by mail by 5:00 pm local time at the address shown below will be credited as of the date received.**

Use reverse side for address changes.

| | |
|---|---|
| Account Number: | 3774 813348 03969 |
| Payment Due Date | August 9, 2018 |
| New Balance | $17,801.53 |
| Minimum Payment Due | $7,271.53 |
| Amount Enclosed: $ | |

Make Check Payable to: Macy's
▼ Mail to address below ▼

KEIKI KAY M FUJITA
227 ARLINGTON AVE
KENSINGTON, CA  94707-1401

Macy's American Express Account
PO BOX 9001108
LOUISVILLE, KY 40290-1108

07401 0727153 1780153 0051433 00377481334803969 0719

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases, if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. We will begin charging interest on cash advances on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. However, if the letter A appears after the Annual Percentage Rate in the Interest Charge Calculation section, then we use an average daily balance method (including current transactions) to calculate interest charges.

To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Customer Service number on the front of this statement.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the address shown in the Express Mail Address section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Document Production Fee.** We may charge you a fee of $3.00 per item if you request copies of previously provided records, such as Statements and sales checks. We will not charge you for documents produced in connection with a Billing Error Investigation.

**Payment Other Than By Mail.**

- **In-Store.** Any payment in proper form accepted in-store will be credited as of that day. However credit availability may be subject to verification of funds.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Go to the URL on Page 1 of your statement to enroll in AutoPay and have your payment amount automatically deducted on your due date each month from the account you choose.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Disputed Amounts.** All communications concerning disputed amounts, including any check

or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or which you otherwise tender as full satisfaction of a disputed amount, must be sent to us at P.O. Box 8097, Mason, Ohio 45040.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information to a credit bureau write us at: Credit Bureau Dispute Verification, P.O. Box 8218, Mason, OH 45040.

**Bankruptcy Notices.** If you send any notice for bankruptcy purposes relating to this account you must mail it to the following address: Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on page 1 of this statement. For TDD/TTY (Telecommunications Device for the Deaf) assistance, call 1-800-231-0820.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at: Department Stores National Bank, P.O. Box 8097, Mason, Ohio 45040.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report it you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Department Stores National Bank, P.O. Box 8097, Mason, OH 45040.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

American Express Account refers to all purchase activity outside of Bloomingdale's stores and bloomingdales.com on the Bloomingdale's American Express Card or outside of Macy's stores and macys.com on the Macy's American Express Card. The Bloomingdale's American Express Card program and Macy's American Express Card program are issued and administered by Department Stores National Bank. American Express is a federally registered service mark of American Express and is used by Department Stores National Bank pursuant to a license.

109013   PRINT SERVICE 50210

MA - 6325-7700-0001 -/N- C - 71 - N - D - · - · - 195810 -/B/-E - 34 - X - 33 -/C/- P - · - 0 - N -/D/- 7 - · - 0 - 0 - 0 -/E/- 01/13/18 - 12/01/98 - 235 - June 22, 2018 - June 12, 2018
N - · - -/F/- 0 - · XC4B - V - D - D - · - · -/G/- V - 28 - 0 - · - N

Page 2 of 4

**New information?** For new address, telephone or email, go to **macys.com/credit** or enter the new information below. To change your name, please indicate the new name below.



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**\*\*Enter Email Address** If you provide your email address, you authorize 1) the card issuer for this account to contact you about your account and tell you about useful products and services; and 2) Macy's to email you information about receiving promotions, sales, special events and other offers.

# Sign up for electronic statements.

It's fast, easy and convenient.
Make the switch today!
Go to macys.com/gopaperless

♻ RECYCLABLE

 

Account number ending in **3969**

## Fees

| Transaction Date | Description | Amount |
|---|---|---|
| Jul 09 | LATE FEE | $38.00 |
| | **TOTAL FEES FOR THIS PERIOD** | **$38.00** |

## Interest Charged

| Transaction Date | Description | Amount |
|---|---|---|
| Jul 13 | INTEREST CHARGE ON PURCHASES | $399.35 |
| | **TOTAL INTEREST FOR THIS PERIOD** | **$399.35** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2018 | $266.00 |
| Total Interest Charged in 2018 | $2,514.27 |

## Activity Detail

| | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance |
|---|---|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | | | |
| REGULAR | $12,332.37 | - | $38.00 | $285.97 | $12,656.34 |
| REGULAR ON OR BEFORE 06/12/16 | $5,031.81 | - | | $113.38 | $5,145.19 |
| CASH ADVANCES | | | | | |
| REGULAR | - | - | - | - | - |
| **TOTAL** | **$17,364.18** | **$0.00** | **$38.00** | **$399.35** | **$17,801.53** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| MACY'S AMERICAN EXPRESS ACCOUNT TRANSACTIONS | | | |
| REGULAR | 26.99% (V) | $12,476.25 | $285.97 |
| REGULAR ON OR BEFORE 06/12/16 | 26.25% (V) | $5,086.44 | $113.38 |
| CASH ADVANCES | | | |
| REGULAR | 26.99% (V) | $0.00 | $0.00 |
| (V) = Variable Rate | | | |

THIS PAGE INTENTIONALLY LEFT BLANK

**CERTIFICATE OF SERVICE**

Re:   Keiki Kay Mitsu Fujita v. Hunt & Henriques, et al.
      Case Number: 19-cv-00580-DMR
      United States District Court, Northern District of California

I, the undersigned, declare as follows:

On the date below, I electronically filed with the Court through its CM/ECF program and served the following:

-   **Hunt & Henriques's Answer to Complaint**

on the interested parties in said case as follows:

Keiki Kay Mitsu Fujita
227 Arlington Ave.
Kensington, CA 94707

[X] BY MAIL:  placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this businesses practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 25, 2019

Samantha Downey
Hunt & Henriques

HUNT & HENRIQUES
151 BERNAL ROAD SUITE 8
SAN JOSÉ CALIFORNIA 95119
TELEPHONE: (800) 680-2426
FACSIMILE: (408) 362-2299