# COUNTRYWIDE PROCESS, LLC.

Thursday February 07, 2019

## INVOICE

KEIFUJ.345033

5437 LAUREL CANYON BLVD. #112
VALLEY VILLAGE, CA 91607
VALLEY VILLAGE, CA 91607
Telephone: (818) 980-7378 , FAX: (888) 900-8312 Tax ID: 35-2230222

KEIKI KAY MITSU FUJITA
227 ARLINGTON AVENUE
KENSINGTON CA 94707-1401

FILED
MAY 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case #: C19-0580
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Title: KEIKI KAY MITSU FUJITA vs. THE BEST SERVICE COMPANY, et al.
Documents: SUMMONS & COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 02/05/19 04:37PM | Personal Service: HARRIS & ZIDE, AT Business 1445 HUNTINGTON DRIVE, SUITE 300 SOUTH PASADENA, CA 91030, by serving: MATTHEW GUNN- AUTHORIZED TO ACCEPT SERVICE-, Caucasian, Male, 40 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 190 Pounds, Served By: ARTURO RUIZ. | |
| 02/01/19 | Deposit On Services  Check Number: CC, Thank You! | -72.50 |
| 02/07/19 | PROCESS SERVICE | 72.50 |
| | **PLEASE PAY FROM THIS INVOICE.** | **0.00** |

WHEN PAYING FROM ANY INVOICE OR STATEMENT PLEASE MAIL A COPY TO OUR
OFFICE ALONG WITH YOUR PAYMENT.
THANK YOU FOR YOUR BUSINESS.

VISIT US ONLINE AT www.countrywideprocess.com

SERVING LOS ANGELES, ORANGE, RIVERSIDE, SAN BERNARDINO, VENTURA AND
SAN DIEGO COUNTIES.

DO NOT BE LEFT BEHIND. ASK US ABOUT THE UPCOMING E-FILING PROGRAM. SAVE
TIME, MONEY AND KEEP BETTER TRACK OF WORK YOU HAVE SENT OUT.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HARRIS & ZIDE
was received by me on *(date)* 2/1/19

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MATTHEW GUNN, who is
designated by law to accept service of process on behalf of *(name of organization)* HARRIS & ZIDE
on *(date)* 02/05/19 AT 4:37PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/07/19

*Server's signature*

ARTURO RUIZ - Registered Process Server
*Printed name and title*

Countrywide Process, LLC
5437 Laurel Canyon Blvd #112
Valley Village, Ca 91607
*Server's address*

Additional information regarding attempted service, etc:

# COUNTRYWIDE PROCESS, LLC.

| Thursday February 07, 2019 | **INVOICE** | KEIFUJ.345034 |

5437 LAUREL CANYON BLVD. #112
VALLEY VILLAGE, CA 91607
VALLEY VILLAGE, CA 91607
Telephone: (818) 980-7378 , FAX: (888) 900-8312 Tax ID: 35-2230222

KEIKI KAY MITSU FUJITA
227 ARLINGTON AVENUE
KENSINGTON CA 94707-1401

Case #: C19-0580
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Title: KEIKI KAY MITSU FUJITA vs. THE BEST SERVICE COMPANY, et al.
Documents: SUMMONS & COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 02/05/19 10:33AM | Personal Service: THE BEST SERVICE COMPANY, AT Business 6700 S. CENTINELA AVENUE, 3RD FLOOR CULVER CITY, CA 90230, by serving: JOE DOE- AGENT FOR SERVICE OF PROCESS-, White, Male, 48 Years Old, Gray/Black Hair, Brown Eyes, 5 Feet 9 Inches, 185 Pounds, Served By: ALEXIS ALPISA. | |
| 02/01/19 | Deposit On Services  Check Number: CC, Thank You! | -72.50 |
| 02/07/19 | PROCESS SERVICE | 72.50 |

PLEASE PAY FROM THIS INVOICE.                                                                 0.00

WHEN PAYING FROM ANY INVOICE OR STATEMENT PLEASE MAIL A COPY TO OUR
OFFICE ALONG WITH YOUR PAYMENT.
THANK YOU FOR YOUR BUSINESS.

VISIT US ONLINE AT www.countrywideprocess.com

SERVING LOS ANGELES, ORANGE, RIVERSIDE, SAN BERNARDINO, VENTURA AND
SAN DIEGO COUNTIES.

DO NOT BE LEFT BEHIND. ASK US ABOUT THE UPCOMING E-FILING PROGRAM. SAVE
TIME, MONEY AND KEEP BETTER TRACK OF WORK YOU HAVE SENT OUT.

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **THE BEST SERVICE Company**
was received by me on *(date)* **2/01/19**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Joe Doe - Agent for Service of Process**
designated by law to accept service of process on behalf of *(name of organization)* **The Best Service Company**
on *(date)* **02/05/19** ; or
**At 10:33 AM**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **02/07/19**

Server's signature

**ALEXIS ALPISA - Registered Process Server**
Printed name and title

Countrywide Process, LLC
5437 Laurel Canyon Blvd #112
Valley Village, Ca 91607

Additional information regarding attempted service, etc:

# COUNTRYWIDE PROCESS, LLC.

| Thursday February 07, 2019 | *INVOICE* | KEIFUJ.345032 |

5437 LAUREL CANYON BLVD. #112
VALLEY VILLAGE, CA  91607
VALLEY VILLAGE, CA  91607
Telephone: (818) 980-7378 , FAX: (888) 900-8312 Tax ID: 35-2230222

KEIKI KAY MITSU FUJITA
227 ARLINGTON AVENUE
KENSINGTON CA  94707-1401

Case #: C19-0580
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Title: KEIKI KAY MITSU FUJITA vs. THE BEST SERVICE COMPANY, et al.
Documents: SUMMONS & COMPLAINT

| Date | Description | Amount |
|---|---|---|
| 02/05/19 01:05PM | Personal Service: HUNT & HENRIQUES, AT Business 151 BERNAL ROAD, SUITE 8  SAN JOSE, CA  95119, by serving: ASHLY RIVERA- COMPLIANCE MANAGER, AUTHORIZED TO ACCEPT SERVICE-, Caucasian, Female, 37 Years Old, Brown Hair, 5 Feet 10 Inches, 180 Pounds, Served By: CARLOS CASTRO. | |
| 02/01/19 | Deposit On Services  Check Number: CC, Thank You! | -92.50 |
| 02/07/19 | PROCESS SERVICE | 92.50 |

**PLEASE PAY FROM THIS INVOICE.**                                                                                                        0.00

WHEN PAYING FROM ANY INVOICE OR STATEMENT PLEASE MAIL A COPY TO OUR
OFFICE ALONG WITH YOUR PAYMENT.
THANK YOU FOR YOUR BUSINESS.

VISIT US ONLINE AT www.countrywideprocess.com

SERVING LOS ANGELES, ORANGE, RIVERSIDE, SAN BERNARDINO, VENTURA AND
SAN DIEGO COUNTIES.

DO NOT BE LEFT BEHIND. ASK US ABOUT THE UPCOMING E-FILING PROGRAM. SAVE
TIME, MONEY AND KEEP BETTER TRACK OF WORK YOU HAVE SENT OUT.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HUNT & HENRIQUES

was received by me on *(date)* 2/1/19

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ASHLY RIVERA , who is
designated by law to accept service of process on behalf of *(name of organization)* HUNT & HENRIQUES
on *(date)* 2/05/19 AT 1:05 PM ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:

*(signature)* Carlos Castro

CARLOS CASTRO - REGISTERED PROCESS SERVER

Countrywide Process, LLC
5437 Laurel Canyon Blvd #112
Valley Village, Ca 91607

Additional information regarding attempted service, etc:

345032