James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal
*Attorneys for Defendant The Best Service Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKI KAY MITSU FUJITA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THE BEST SERVICE COMPANY;<br>HUNT & HENRIQUES; HARRIS &<br>ZIDE; and Does 1-10,<br>                    Defendants. | Case No. 4:19-cv-00580-SBA<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

   DEBBIE P. KIRKPATRICK of the law firm SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P., hereby enters her appearance as counsel on behalf of Defendant, THE BEST SERVICE COMPANY.

Dated: 7/29/19                SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.

                              */s/Debbie P. Kirkpatrick*
                              Debbie P. Kirkpatrick
                              *Attorney for Defendant*
                              *The Best Service Company*

1