IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKI KAY MITSU FUJITA,<br><br>       Plaintiff,<br><br>vs.<br><br>THE BEST SERVICE COMPANY; HUNT & HENRIQUES; HARRIS & ZIDE; and Does 1-10,<br><br>       Defendants. | Case No.: 4:19-cv-00580-SBA W<br><br>[Proposed] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THE BEST SERVICE COMPANY |

  Damian P. Richard seeks to withdraw as counsel for The Best Service Company. As this Court finds Mr. Richard has submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party.

  IT IS HEREBY ORDERED that Damian P. Richard's Motion to Withdraw as counsel for The Best Service Company is GRANTED and Damian P. Richard is hereby terminated as counsel in this proceeding.

Dated: August 2, 2019    By: _/s/ Saundra B. Armstrong_____

                Hon. Saundra Brown Armstrong

---