Keiki Kay Mitsu Fujita
227 Arlington Avenue
Kensington, CA 94707-1401
Telephone: 510-524-7986
keikicolour@gmail.com
*Pro Se Plaintiff*

Debbie P. Kirkpatrick, Esq. (SBN 207112)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Telephone: 619-758-1891
Fax: 877-334-0661
dkirkpatrick@sessions.legal
jschultz@sessions.legal
*Attorneys for Defendant, The Best Service Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKI KAY MITSU FUJITA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BEST SERVICE COMPANY, HUNT & HENRIQUES, HARRIS & ZIDE, and DOES 1-10,<br><br>    Defendants. | Case No. 4:19-cv-00580-SBA<br><br>JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, THE BEST SERVICE COMPANY, ONLY |

Plaintiff, Keiki Kay Mitsu Fujita, and Defendant, The Best Service Company, hereby jointly move to dismiss all of Plaintiff's claims against only The Best Service Company in the above-captioned case with prejudice, and with each side to bear its own costs and attorneys' fees. This dismissal does ***not*** apply to and shall

have no effect on Plaintiff's claims against Defendants, Hunt & Henriques and Harris & Zide, which remain pending.

                                        Respectfully Submitted,

                                        /s/ Keiki Kay Mitsu Fujita
                                        Keiki Kay Mitsu Fujita
                                        *Pro Se Plaintiff*

                                        /s/ Debbie P. Kirkpatrick
                                        Debbie P. Kirkpatrick, Esq. (SBN 207112)
                                        *Attorney for Defendant,*
                                        *The Best Service Company*