UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKI KAY MITSU FUJITA,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE BEST SERVICE COMPANY,<br>HUNT & HENRIQUES, HARRIS &<br>ZIDE, and DOES 1-10.<br><br>    Defendants. | Case No. 4:19-cv-00580-SBA<br><br>[Proposed] ORDER OF DISMISSAL<br>WITH PREJUDICE |

Based on the Joint Motion of the parties, Plaintiff, Keiki Kay Mitsu Fujita, and Defendant, The Best Service Company, filed in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims of Plaintiff, Keiki Kay Mitsu Fujita, as to Defendant, The Best Service Company, in the above-captioned civil action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This Order has no effect on Plaintiff's claims against Defendants, Hunt & Henriques and Harris & Zide, which remain pending.

DATED: October 24, 2019

*IT IS SO ORDERED*
*Saundra B. Armstrong*
*Judge Saundra B. Armstrong*

JUDGE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT