# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL CONFERENCE MINUTE ORDER

| **Date:** 12/13/19 | **Time:** 20 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:19-cv-00580-SBA | **Case Name:** Keiki Kay Mitsu Fujita v. The Best Service Company, et al | |

**For Plaintiff:**
Keiki Kay Mitsu Fujita, pro se

**For Defendant Hunt & Henriques:**
Kurtiss Jacobs

**For Defendant Harris & Zide:**
Flint Zide

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** Not Recorded

## PROCEEDINGS

Planning call held in advance of January 16, 2020 settlement conference.

cc:     Chambers