UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEIKI KAY MITSU FUJITA,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE BEST SERVICE COMPANY, et al.,<br><br>    Defendants. | Case No:  C 19-00580 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order granting summary judgment for Defendants Harris & Zide and Hunt & Henriques,

    IT IS HEREBY ORDERED THAT final judgment is entered in this action.

    IT IS SO ORDERED.

Dated: April 24, 2020

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge